# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE THIRD PARTY SUBPOENAS AD TESTIFICANDUM<br><br>SHILPA PHARMA, INC.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>　　　　Defendant,<br><br>　　-and-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>　　　　Defendant-Counterclaim Plaintiff,<br><br>　　v.<br><br>SHILPA PHARMA, INC.,<br>　　　　Plaintiff-Counterclaim Defendant<br><br>　　-and-<br><br>SHILPA MEDICARE LIMITED,<br>　　　　Counterclaim Defendants. | Misc. Action No. 22-mc-00110-RCL<br><br>Misc. Action No. 22-mc-00111-RCL<br><br><br><br>C.A. No. 21-558-MN |

**NOVARTIS'S OPPOSITION TO MR. IYER'S AND SUGHRUE'S MOTIONS TO QUASH AND FOR SANCTIONS AND NOTICE OF CROSS-MOTIONS AND CROSS-MOTIONS TO <u>COMPEL COMPLIANCE WITH SUBPOENAS</u>**

Pursuant to Federal Rules of Civil Procedure 45 and 26(b), Respondent and Cross-Movant Novartis Pharmaceuticals Corporation ("Novartis") by its undersigned counsel hereby moves the Court for an Order compelling Movants'/Cross-Respondents' compliance with subpoenas and denying Movants'/Cross-Respondents' Motions to Quash Subpoenas and for Sanctions, No. 22-mc-110, ECF No. 1, and No. 22-mc-111, ECF No. 1.

In support of its Cross-Motion and Opposition to Movants'/Cross-Respondents' Motions to Quash Subpoenas and for Sanctions, Novartis submits the attached Brief in Opposition, Declaration of Robert W. Trenchard and attached exhibits, and Proposed Order; any arguments presented at the time of hearing; and such other and further matters as the Court deems just and proper.

WHEREFORE, Novartis respectfully requests that this Court enter an Order granting Novartis's Cross-Motion and denying Movants'/Cross-Respondents' Motions to Quash and for Sanctions.

Dated: November 29, 2022

OF COUNSEL:

Jane M. Love, Ph.D. (admitted *pro hac vice*)
Robert Trenchard (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
JLove@gibsondunn.com
RTrenchard@gibsondunn.com

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jameil D. Brown*
　　Jameil D. Brown (D.C. Bar. No. 1781017)
　　GIBSON, DUNN & CRUTCHER LLP
　　1050 Connecticut Avenue, N.W.
　　Washington, DC 20036-5306
　　Tel: (202) 777-9538
　　JDBrown@gibsondunn.com

*Counsel for Respondent*
*Novartis Pharmaceuticals Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 29, 2022, I caused the foregoing document to be filed using the Court's CM/ECF system, which will send e-mail notification of such filings to counsel of record. This document is available for viewing and downloading on the CM/ECF system.

                                           */s/ Jameil D. Brown*
                                           Jameil D. Brown