# EXHIBIT F

13:12:40

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHILPA PHARMA, INC.,           )
                               )
               Plaintiff,      )
                               ) C.A. No. 21-5588(MN)
v.                             )
                               )
NOVARTIS PHARMACEUTICALS       )
CORPORATION,                   )
                               )
               Defendant.      )

                    Monday, November 14, 2022
                    11:00 a.m.
                    Teleconference


                    844 King Street
                    Wilmington, Delaware


BEFORE:  THE HONORABLE MARYELLEN NOREIKA
         United States District Court Judge



APPEARANCES:


             SMITH KATZENSTEIN & JENKINS LLP
             BY:  EVE H. ORMEROD, ESQ.
             BY:  NEAL C. BELGAM, ESQ.

             -and-

             SUGHRUE MION PLLC
             BY:  MICHAEL R. DZWONCZYK, ESQ.
             BY:  RAJA N. SALIBA, ESQ.


                    Counsel for the Plaintiff

1

APPEARANCES CONTINUED:

2

3              McCARTER & ENGLISH, LLP
               BY:  ALEXANDRA M. JOYCE, ESQ.
4
               -and-
5
               GIBSON DUNN & CRUTCHER
6              BY:  ROBERT W. TRENCHARD, ESQ.
               BY:  JANE M. LOVE, ESQ.
7
                        Counsel for the Defendant
8

9                    _ _ _ _ _ _ _ _ _

10:52:49 10

11:00:54 11            THE COURT:  Good morning, counsel.  Who is

11:00:56 12    there, please?

11:00:58 13            MS. ORMEROD:  Good morning, Your Honor.  This is

11:01:01 14    Eve Ormerod for plaintiff.  On the line for Shilpa are Mike

11:01:04 15    Dzwonczyk and Raja Saliba from Sughrue Mion.  Also with me

11:01:08 16    today is Neal Belgam from my office.

11:01:11 17            THE COURT:  All right.  Good morning.

11:01:14 18            MS. JOYCE:  Good morning, Your Honor.  This is

11:01:19 19    Alex Joyce from McCarter & English on behalf of Novartis.

11:01:22 20    I'm joined by Robert Trenchard and Jane Love from Gibson

11:01:24 21    Dunn & Crutcher.

11:01:26 22            THE COURT:  Good morning to you as well.

11:01:28 23            All right.  So from the letters we received it

11:01:32 24    seems that the parties in this case are not being reasonable

11:01:35 25    in discovery.  We have one patent, a few asserted claims,

11:01:38  1   and a fact discovery period that is supposed to be finished

11:01:42  2   already.  But here we are with purportedly almost a dozen

11:01:47  3   disputes and apparently no end to fact discovery in sight.

11:01:50  4   So let me start with this.  We are not going to refer this

11:01:54  5   case to a special master.  That request is denied.  I think

11:01:57  6   such a referral would simply reward unreasonable behavior

11:02:01  7   and would result in less attempts to resolve the issues in a

11:02:04  8   professional manner.

11:02:05  9           And Novartis' request to fully brief the issues

11:02:09 10   is also denied.  The parties being unreasonable and unable

11:02:12 11   to resolve disputes that should be resolvable is not a basis

11:02:16 12   to upend my page limits.  And besides, Novartis has already

11:02:22 13   taken on itself to thwart my limits by submitting a

11:02:25 14   declaration with forty-one exhibits that is hundreds of

11:02:27 15   pages long and a few other declarations.

11:02:30 16           So what we're going to do is we're going to use

11:02:34 17   trial time for these disputes.  If they are so important

11:02:37 18   that you need to use my time, they are important enough to

11:02:40 19   risk trial time.  So assume that you will have between eight

11:02:42 20   and ten hours to try this case if all of the current issues

11:02:47 21   are remaining at the time of trial.  And for each dispute,

11:02:51 22   there will be five to ten minutes of trial time on the line.

11:02:54 23   And I will divvy up the time as I see fit and will consider

11:03:00 24   who wins and who loses as well as how reasonable the

11:03:02 25   positions are in deciding how I am going to divvy the time.

11:03:07 1          Now, I also on this call want to discuss the

11:03:10 2  request for stay and the pending motions, but I think it

11:03:13 3  makes sense to address the discovery issues first because at

11:03:16 4  this point I do not think that I will stay fact discovery,

11:03:22 5  at least not all of it, even if I stay the rest of the case.

11:03:26 6  Now, if this unreasonable behavior continues, I may rethink

11:03:30 7  that, but that's where I am for right now.

11:03:32 8          So let's start with the disputes.  And you

11:03:36 9  better raise it today because if you have a dispute that was

11:03:43 10 wholly discussed and could be raised today, now is your time

11:03:49 11 to do it.

11:03:50 12         So here is your first dispute.  What is it?

11:03:58 13         MR. TRENCHARD:  Your Honor, Robert Trenchard for

11:04:01 14 Novartis.  I understand your direction.  The first dispute

11:04:06 15 is really in the first category of selection and production

11:04:10 16 of documents.  I think we made some progress there.  I think

11:04:14 17 the other side is looking for additional documents as of

11:04:18 18 Friday.

11:04:19 19         We still have from the other side now based on

11:04:25 20 their letter an admitted failure to find and produce the

11:04:27 21 e-mails filed by electronic file of a key witness, the key

11:04:33 22 inventor of this patent, Dr. Shrawat.  And as far as we can

11:04:39 23 tell, that information was lost after, according to the

11:04:44 24 complaint, Shilpa threatened litigation against Novartis.

11:04:47 25 So this is an issue of preservation spoliation with respect

11:04:53 1    to that evidence as well.  That's the first issue.  We don't

11:04:56 2    know if that has been found yet or if it will be

11:05:00 3    forthcoming, and if not, we will request some facts about

11:05:04 4    what efforts are taken to preserve it as of the date at

11:05:07 5    least that Shilpa threatened Novartis with litigation which

11:05:10 6    was in February 2016 according to their own complaint.

11:05:15 7            THE COURT:  Okay.  Let me hear from Shilpa.

11:05:19 8            MR. DZWONCZYK:  This is Mike Dzwonczyk, Your

11:05:23 9    Honor, for Shilpa.  The witness they're referring to is

11:05:27 10   Dr. Shrawat.  He left the company in 2018, and we have told

11:05:30 11   Novartis at least four times before April of this year that

11:05:35 12   custodial documents from past employees don't exist as such

11:05:40 13   in the company.  Nevertheless, we would still search for

11:05:43 14   them and try to find them.  We have found a number of his

11:05:46 15   documents in the custodial file of other custodians and we

11:05:52 16   have produced them.  We have found documents for him in the

11:05:55 17   network files and produced them.  We have not found as

11:05:58 18   Mr. Trenchard said any e-mail files.

11:06:01 19           We note that Your Honor's order of last year, DI

11:06:02 20   29, says that files need not be collected or produced from

11:06:12 21   backup files.  And when these gentlemen left the company,

11:06:16 22   their files were backed up, imaged and/or backed up to other

11:06:21 23   places.  We did find Dr. Chaturvedi's imaged file and we

11:06:27 24   produced it.  We have not located Dr. Shrawat's e-mails yet.

11:06:34 25   If we find of course --

11:06:36 1              THE COURT:  I guess my question is he's an

11:06:39 2    inventor of the '816 patent, right?

11:06:42 3              MR. DZWONCZYK:  That's correct, Your Honor.

11:06:45 4              THE COURT:  And in March of 2016, Shilpa advised

11:06:51 5    Novartis of the issuance of the '816 patent and you're

11:06:55 6    relying on that for notice.  Right?

11:06:58 7              MR. DZWONCZYK:  That's correct, Your Honor.

11:06:59 8              THE COURT:  So shouldn't his e-mails when he

11:07:04 9    left have been preserved so that they could be produced in

11:07:12 10   potential litigation?

11:07:14 11             MR. DZWONCZYK:  Ideally I suspect they should

11:07:17 12   have, Your Honor, but it's an open question.  I don't know

11:07:20 13   that Shilpa accused Novartis of -- threatened them with

11:07:25 14   litigation in 2016 --

11:07:27 15             THE COURT:  Wait a second.  Wait a second.

11:07:29 16   You're relying on that for notice of the patent and

11:07:31 17   presumably notice you have infringement for willfulness and

11:07:35 18   for indirect infringement, so I don't see how you can say

11:07:43 19   oh, well, we contacted them in 2016, we're going to rely on

11:07:47 20   2016, but we weren't under any obligation to preserve

11:07:52 21   documents as of that date.  That seems inconsistent.

11:07:57 22             MR. DZWONCZYK:  We have identified in an

11:07:58 23   interrogatory response, Your Honor, two dates on which

11:08:01 24   Shilpa anticipated litigation as November of 2020.  And

11:08:07 25   admittedly, Novartis had pressed us for that date for quite

11:08:12  1    some time, but given --

11:08:15  2            THE COURT:  What are you going to rely on then

11:08:19  3    for notice of the patents?

11:08:21  4            MR. DZWONCZYK:  For notice, Your Honor, we sent,

11:08:24  5    or our attorneys, Novartis a copy of the patent in 2016.

11:08:28  6            THE COURT:  Are you going to rely on that for

11:08:30  7    notice of -- is that going to be the date on which you

11:08:35  8    assert that any willfulness or any indirect infringement

11:08:41  9    would be based?

11:08:42 10            MR. DZWONCZYK:  That is the date on which we

11:08:45 11    would rely for --

11:08:46 12            THE COURT:  Well, then, it seems to me that

11:08:50 13    you're going to have to -- you should have been preserving

11:08:53 14    documents as of that time.  So let's talk about backup

11:08:58 15    tapes.  You have these documents on backup tapes?

11:09:01 16            MR. DZWONCZYK:  We found the saturated documents

11:09:04 17    on backup tape.  We had not located the Shrawat e-mails on

11:09:09 18    backup.

11:09:09 19            THE COURT:  How much more time do you need?

11:09:12 20            MR. DZWONCZYK:  I thought we would have had them

11:09:14 21    by now, but I will press the company again and see if we can

11:09:17 22    get them within the next day or two, or this week, Your

11:09:21 23    Honor.

11:09:21 24            THE COURT:  I think you better look for those

11:09:22 25    because it seems like you're trying to take some positions

11:09:25 1    **to your advantage to go back further and yet when it's not**

11:09:31 2    **to your advantage you want me to look at a later date and**

11:09:36 3    **it's just not going to work that way.  So it seems like you**

11:09:39 4    **got to go find his e-mails and if you can't find his**

11:09:43 5    **e-mails, then you guys need to discuss how you're going to**

11:09:46 6    **figure out what happened to those e-mails and whether they**

11:09:49 7    **were -- you know, there is any issue with spoliation going**

11:09:56 8    **on there.**

11:09:57 9          **Okay.  Let me ask then the defendant, what else**

11:10:01 10   **do you want me to do with respect to those e-mails?**

11:10:04 11         **MR. TRENCHARD:  As of right now, Your Honor, I**

11:10:06 12   **believe that's all that can be done.  Certainly we had a**

11:10:09 13   **discussion about preservation and spoliation if they cannot**

11:10:13 14   **be found.  Hopefully we don't have to come back to Your**

11:10:15 15   **Honor on that issue, but we might.  And obviously we'll let**

11:10:18 16   **those discussions play out first.**

11:10:19 17         **THE COURT:  If you do, keep in mind your trial**

11:10:22 18   **time is going to be ticking and don't assume that it's all**

11:10:25 19   **going to be their trial time, either.**

11:10:27 20         **Okay.  What's the second issue?**

11:10:29 21         **MR. TRENCHARD:  Okay.  Your Honor, the second**

11:10:31 22   **issue is as of right now, after all the briefing to Your**

11:10:41 23   **Honor, the Shilpa folks have it appears gone and finally**

11:10:46 24   **searched physical media or hard drives and stuff rather than**

11:10:50 25   **limiting searches to the network, which appears to have been**

11:10:54 1    their initial production which was produced on the date that

11:10:57 2    the whole production was supposed to have been produced at

11:11:00 3    the end of August.

11:11:01 4            We went back and looked at any physical records

11:11:04 5    for two of the inventors.  We want to make sure there is no

11:11:07 6    other physical media to be searched such as iPad or other

11:11:11 7    hard drives, and if not, that issue is done.

11:11:15 8            THE COURT:  Did you ask them before you came to

11:11:17 9    me to ask them?

11:11:18 10            MR. TRENCHARD:  Yes, Your Honor, we did.  And we

11:11:20 11    only learned in their letter to Your Honor of November 2nd

11:11:24 12    that they had actually gone and looked for this information

11:11:26 13    finally after months and months --

11:11:28 14            THE COURT:  Wait, wait, wait.  It's now

11:11:32 15    November 14th.  After you got that letter, did you call them

11:11:35 16    up and ask them whether there were any other things out

11:11:38 17    there like iPads, whatever?

11:11:40 18            MR. TRENCHARD:  We had a request for all that

11:11:44 19    information, Your Honor --

11:11:42 20            THE COURT:  That's not really good enough, is

11:11:47 21    it, because you're taking my time and now you're saying,

11:11:51 22    hey, Judge, why don't you ask them if there is iPads because

11:11:53 23    I couldn't be bothered to do so.  So you didn't ask them,

11:11:56 24    right?

11:11:56 25            MR. TRENCHARD:  Correct, Your Honor, I apologize

11:12:00 1    for that.  Understood.  I understand Your Honor's direction

11:12:03 2    and we will proceed that way.

11:12:05 3                THE COURT:  All right.  Let me ask -- no,

11:12:07 4    because you're going to be docked trial time for this, you

11:12:11 5    might as well get an answer.  So Shilpa, are there other

11:12:15 6    hard drive kinds of things that need to be looked at?

11:12:18 7                MR. DZWONCZYK:  No, Your Honor.  We told them at

11:12:22 8    least in a letter of October 5th that we had searched the

11:12:26 9    custodians' laptops and their desktops and their physical

11:12:30 10   media for all custodians and we told them we would produce

11:12:34 11   any responsive documents and we did that.  I think we also

11:12:38 12   told them that as a matter of fact, not all custodians kept

11:12:45 13   responsive documents on all data systems so if they didn't

11:12:50 14   see documents from a custodian on a hard drive or laptops,

11:12:54 15   it's because they didn't exist.  We did search laptops and

11:12:59 16   physical media, Your Honor.

11:13:00 17               THE COURT:  Does that include iPads and whatever

11:13:02 18   else was mentioned?

11:13:03 19               MR. DZWONCZYK:  I don't know that we did an

11:13:05 20   independent search for iPads, but because they all went

11:13:08 21   through the company's server, as we told them, they were

11:13:11 22   picked up on any search of the custodial e-mail and the

11:13:17 23   network servers.

11:13:20 24               THE COURT:  So people couldn't just store

11:13:25 25   documents on their iPads that weren't part of the company

11:13:30 1    servers?

11:13:33 2                    MR. DZWONCZYK:  That's not my understanding,

11:13:35 3    Your Honor, I understand they cannot do that.

11:13:38 4                    THE COURT:  All right.  You can go confirm that.

11:13:42 5            All right.  Anything else?

11:13:45 6                    MR. TRENCHARD:  Yes, Your Honor, this is exactly

11:13:48 7    the problem.  So on October 5th they told us that they had

11:13:52 8    searched all the physical media and then all of a sudden on

11:13:55 9    November 2nd they produced documents on physical media.  And

11:13:58 10   so the disconnect on the statement, the law statement that

11:14:04 11   asserts that counsel was just making and the sudden

11:14:06 12   production of physical media documents that they said they

11:14:10 13   never produced is causing this problem.  I don't know what

11:14:13 14   else there is to be done other than the direction that you

11:14:16 15   just made to go back and look for more.  We'll work with

11:14:20 16   them on that, but this is exactly the problem as to why we

11:14:24 17   have the dispute.

11:14:24 18                    THE COURT:  I still don't understand what you

11:14:26 19   want me to do.

11:14:27 20                    MR. TRENCHARD:  I think Your Honor has done all

11:14:30 21   you can do, and we will go back and talk to them.  I want to

11:14:36 22   find out what the nature of the problem was and why we had

11:14:39 23   to bother Your Honor with the problems.

11:14:41 24                    THE COURT:  At some point, you, Novartis guys

11:14:46 25   are going to have to start being reasonable and not say give

11:14:49 1   me this, give me this, give me this, because that's kind of

11:14:54 2   how your papers are reading to me.  You can go back and

11:14:57 3   talk, but I'm telling you, you need to also be reasonable in

11:15:00 4   what you're asking for.

11:15:01 5              Okay.  What's issue number three?

11:15:03 6              MR. TRENCHARD:  Understood, Your Honor.

11:15:04 7              And the last issue of selection of production

11:15:08 8   relates to tests.  We have found e-mails, and one in

11:15:15 9   particular that indicate that there was a direction in 2012

11:15:20 10  from the Shilpa IP management group, that's the group that

11:15:25 11  handled the patent, to Dr. Shrawat, the patent inventor we

11:15:30 12  were talking about earlier that Shilpa had the scientists

11:15:34 13  avoid putting materials in e-mail.  Then we had the e-mail

11:15:37 14  in 2019 where we had the back and forth discussion about the

11:15:40 15  product at issue here called fingolimod in which at the end

11:15:45 16  of the chain, what we believe is the scientists asked

11:15:47 17  everybody on the chain to move the discussion from e-mail to

11:15:51 18  WhatsApp --

11:15:52 19             THE COURT:  Tell me which of the 500 pages of

11:15:56 20  documents here, where in the exhibits is this document

11:15:59 21  you're relying on?

11:16:02 22             MR. TRENCHARD:  So okay.  So the main exhibit is

11:16:14 23  Exhibit 37.  It's one from 2019 that relates to moving a

11:16:21 24  discussion off of e-mail into text.  And Your Honor, I do

11:16:22 25  want to emphasize, we have a pretty serious we think

11:16:30 1    fraudulent Patent Office on the patent claims so this claim

11:16:34 2    is pretty important to us which is why we are pursuing

11:16:37 3    discovery the way we are.

11:16:38 4         And so Exhibit 37 is the 2019.  And the earlier

11:16:43 5    e-mails in 2017 -- 2012, I apologize, that one is Exhibit

11:17:01 6    No. 1.  Exhibits 1 and 37.  One a 2012 e-mail about avoiding

11:17:08 7    writing down infringement about projects in case there is

11:17:11 8    litigation and then the 2019 e-mail is what appears to us

11:17:17 9    scientist doing just that in an e-mail discussion of the

11:17:22 10   patent.  What we would ask Your Honor is direct Shilpa to

11:17:25 11   search the WhatsApp account and look for any relevant

11:17:28 12   information and produce it.

11:17:30 13        THE COURT:  Mr. Dzwonczyk, is there a WhatsApp

11:17:36 14   for the company?

11:17:36 15        MR. DZWONCZYK:  No, Your Honor, there is not.

11:17:38 16   And there is not company issued cell phones.  And we had

11:17:43 17   checked with the company and there is no policy for

11:17:47 18   conducting business on WhatsApp or any other text platform.

11:17:51 19   And we checked with the custodians and none of the

11:17:52 20   custodians having looked at their platforms, they confirmed

11:17:52 21   that there are no responsive documents along the lines that

11:18:02 22   Mr. Trenchard has mentioned.

11:18:02 23        THE COURT:  Did you talk with Dr. Singh who

11:18:11 24   wrote this e-mail that is Exhibit 37 to the declaration?

11:18:11 25        MR. DZWONCZYK:  I did not speak with Dr. Singh,

11:18:20 1    Your Honor, but the head of our IP department did.

11:18:25 2            THE COURT:  Yes, I think you better give him a

11:18:27 3    call and find out what he's talking about here on this

11:18:32 4    WhatsApp when he says "If anything needs to be shared,

11:18:35 5    kindly WhatsApp."  That seems like at least enough of a hook

11:18:40 6    that you should have been talking with Mr. Singh and not

11:18:44 7    just leaving it off and say did you ever have a WhatsApp and

11:18:50 8    he said no.  I believe he needs to see this document and ask

11:18:52 9    him what was going on and what did they do, because if you

11:18:56 10   find out there was nothing that was shared on WhatsApp, I

11:19:00 11   think that the defendant is going to be able to find out,

11:19:03 12   you know, what they can from Mr. Singh, Dr. Singh, so you

11:19:07 13   might want to do that, you should do that first.

11:19:10 14           MR. DZWONCZYK:  We will do that, Your Honor.

11:19:13 15           MR. TRENCHARD:  And Your Honor, our specific ask

11:19:16 16   and our position here was to have counsel look at the

11:19:20 17   WhatsApp accounts and the reason being is that these

11:19:23 18   custodians are in this case accused of fraud and it's best

11:19:29 19   practice, especially in that context self collect so our

11:19:30 20   request is to have counsel look at that WhatsApp account and

11:19:37 21   confirm for themselves that there is nothing responsive in

11:19:40 22   there.

11:19:45 23           THE COURT:  Well, I am going to require that

11:19:48 24   nothing related to this lawsuit be deleted from any WhatsApp

11:19:52 25   account, so I think that should go without saying.  And then

11:19:58  1    I will leave it to counsel to determine the best way to

11:20:04  2    ensure that no further discovery problems arise from

11:20:07  3    anything that's on the WhatsApp account.  But at the very

11:20:12  4    least, it seems like there is a pretty obvious request here

11:20:18  5    that should have been have been made of Dr. Singh.  And

11:20:21  6    given that counsel who is on the phone doesn't really know

11:20:25  7    what was asked of him, perhaps it's time for counsel to get

11:20:29  8    further involved and address what's on this so that we can

11:20:34  9    all understand it and certainly so that you can explain it

11:20:39 10    to defendants.

11:20:42 11            MR. DZWONCZYK:  Yes, Your Honor.

11:20:47 12            THE COURT:  Okay.  Anything else on issue three?

11:20:50 13            MR. TRENCHARD:  No, Your Honor.

11:20:51 14            THE COURT:  What's issue four?

11:20:59 15            MR. TRENCHARD:  So Your Honor, there were two

11:21:02 16    issues very closely related to what we were discussing.  I

11:21:06 17    think we have already dealt with them now relating to the

11:21:09 18    preservation date, the date when preservation obligations

11:21:12 19    should have kicked in, and to preserve, Your Honor has

11:21:20 20    already directed with respect to Dr. Shrawat and now with

11:21:22 21    respect to WhatsApp, we should go talk to our friends on the

11:21:27 22    other side about that, we can do that, I think we can take

11:21:30 23    the preservation and spoliation issue and table it for now.

11:21:34 24            The other big groups of issues, two or three or

11:21:38 25    four depending on how you slice them up, relate to this

11:21:42 1    privilege log for Shilpa.  Frankly we are now on log version

11:21:47 2    number three from Shilpa, and it's got in the neighborhood

11:21:51 3    of a thousand documents on it.  Many of those documents rely

11:21:55 4    for their privileged assertion on the alleged privilege that

11:22:02 5    attaches to somebody named Dr. Chaturvedi.  Dr. Chaturvedi

11:22:08 6    was Shilpa's in-house person who prosecuted the patent at

11:22:12 7    least most of the time pro se on behalf of Shilpa.

11:22:16 8    Dr. Chaturvedi, while he had a law degree, was not a member

11:22:20 9    of the Indian bar.  So there remain several complications

11:22:23 10   there with respect to the privilege claims they make.

11:22:26 11           The first is there is a group of documents that

11:22:28 12   they claim privilege on before Dr. Chaturvedi ever started

11:22:33 13   working --

11:22:34 14           THE COURT:  You got to give me specifics because

11:22:36 15   I'm not going to just sit here and figure it out myself.  I

11:22:42 16   don't know what documents on here are being challenged.

11:22:44 17           MR. TRENCHARD:  Okay.  Your Honor, there are a

11:22:47 18   very large number of them, so listing all of them in my

11:22:51 19   declaration was a bit of a challenge that we thought was

11:22:56 20   categorically, and so we could identify them by entry for

11:23:01 21   Your Honor, but doing it right this second with a thousand

11:23:02 22   documents might be a lot.  Instead we talked about these

11:23:05 23   issues categorically.

11:23:10 24           The first category of documents relate to

11:23:12 25   communication between Dr. Chaturvedi and Shilpa personnel

11:23:17  1    before Dr. Chaturvedi even worked at Shilpa while he was

11:23:21  2    working at other companies.  Here we don't even understand

11:23:24  3    how that could --

11:23:25  4         THE COURT:  Yes, but you understand that you

11:23:27  5    grouping them like that doesn't help me look at the entries

11:23:30  6    on the log.  So I am not dealing with things in a generic

11:23:35  7    fashion, I need to look at what's actually logged.  So you

11:23:40  8    can group them, that's nice for you, but if you want some

11:23:43  9    relief from me, I need to see what documents you're talking

11:23:47 10    about.

11:23:47 11         MR. TRENCHARD:  Understood, Your Honor.  We just

11:23:53 12    received a brand-new revised log which we categorically list

11:23:58 13    entries again, I think we received it on Friday, it's not

11:24:01 14    even before Your Honor, from the materials that were

11:24:04 15    submitted to Your Honor, we're not sure how the materials

11:24:07 16    submitted to Your Honor line up with the new log.  My

11:24:11 17    proposal would be that we submit to Your Honor and work it

11:24:15 18    out by category the information that we think should be

11:24:18 19    produced in that log and we'll list the specific entry in

11:24:22 20    the new log and present that to Your Honor for resolution at

11:24:22 21    a later time.  Today --

11:24:27 22         THE COURT:  I don't really like that idea

11:24:29 23    because it just tells me you're all planning to come back

11:24:33 24    and I'm wasting my time here.  You could have told me that

11:24:36 25    before I got on the phone.  What's another idea you had

11:24:40 1    other than Your Honor, we're just going to give you 900

11:24:43 2    documents to look at at another time?  What else do you

11:24:46 3    have?

11:24:46 4                MR. TRENCHARD:  That was the special master idea

11:24:48 5    that Your Honor --

11:24:49 6                THE COURT:  You're not getting a special master.

11:24:52 7    You have not shown me any restraint, and I know if you go to

11:24:55 8    a special master, you guys will be spending days in front of

11:24:59 9    the special master and that's not the way we do discovery.

11:25:03 10    So don't bring it up again.

11:25:05 11                MR. TRENCHARD:  Understood, Your Honor.  So I

11:25:10 12    think, Your Honor, if we could, Exhibit 31 is the Shilpa

11:25:33 13    privilege log, it's a status one, it's not the current one,

11:25:40 14    but it is the second one that we submitted to Your Honor.

11:25:42 15                THE COURT:  Okay.

11:25:43 16                MR. TRENCHARD:  Okay.  This log unfortunately is

11:25:59 17    not organized in chronological order, I don't frankly fully

11:26:04 18    understand the method of organization.  But Your Honor will

11:26:09 19    see that there are entries here.  Let's see if I can find

11:26:12 20    one for an example.  So an example is on what would be

11:26:24 21    page PDF page 4, there is a document, Shilpa 35 which is an

11:26:33 22    identification number for this particular log.  And you'll

11:26:36 23    see that there is a document there and the privilege, they

11:26:40 24    identify the privilege description as Dr. Chaturvedi.  And

11:26:42 25    you see the date is December 2009.

11:26:48 1          THE COURT:   That is not on my -- that is not on

11:26:50 2   my log as Shilpa privilege 35.

11:26:55 3          MR. TRENCHARD:   I'm looking at the September --

11:27:00 4   go to 31.   I apologize, Your Honor.   Exhibit 31.   I

11:27:05 5   apologize.

11:27:06 6          THE COURT:   Okay.

11:27:07 7          MR. TRENCHARD:   So Exhibit 31, Shilpa privilege

11:27:11 8   35, an example of the type of thing that we're talking about

11:27:16 9   --

11:27:18 10         THE COURT:   So every time Shilpa gives you have

11:27:20 11  a new log, they change the number?   So what is Shilpa 35 is

11:27:26 12  not now Shilpa 35.

11:27:28 13         MR. TRENCHARD:   This is the problem that we

11:27:30 14  have, Your Honor, they have been changing the identification

11:27:34 15  numbers between logs and we cannot trace accurately from one

11:27:37 16  log to the next what has been going on.   We haven't had a

11:27:41 17  response to that complaint yet.   We have raised that with

11:27:45 18  them.

11:27:45 19         THE COURT:   All right.

11:27:49 20         MR. TRENCHARD:   So then you'll see for this

11:27:51 21  entry, you'll see draft correspondence of legal advice of

11:27:56 22  Dr. Chaturvedi regarding the patent property acts, this is

11:28:02 23  an example of the kind of thing we're talking about, where

11:28:02 24  December 2009, at that point in time, Dr. Chaturvedi was

11:28:07 25  working at a different company, not Shilpa in-house.   I

11:28:11 1    don't know what he was doing, he was with a company

11:28:13 2    in-house, another company, and he sent -- he wasn't at

11:28:19 3    Shilpa until 2012.  And we don't understand what possible

11:28:22 4    basis there could be for claiming privilege for an in-house

11:28:27 5    lawyer from another company for Shilpa in 2009.

11:28:32 6          On top of the fact that to the extent that

11:28:36 7    Shilpa is relying on this and many other entries,

11:28:39 8    Dr. Chaturvedi's status as having a law degree from India

11:28:45 9    but not being a member of the bar, this district in a couple

11:28:47 10   of cases cited in my declaration, along with paragraph 70 of

11:28:53 11   my declaration, Shire v. Cadila has held that Indian law

11:29:01 12   does not confer a privilege on individuals who are not

11:29:05 13   members of the bar.  That is Dr. Chaturvedi.

11:29:09 14         And here in 2009, this is many years before

11:29:13 15   Shilpa submitted a national stage application for the U.S.

11:29:18 16   patent in this case, that wasn't until 2013, so there can be

11:29:23 17   no argument that this document along many others touches

11:29:26 18   base with the U.S.  We don't understand how this and other

11:29:29 19   similar documents could possibly be privileged.  This is one

11:29:33 20   example of what we were talking about.

11:29:34 21         THE COURT:  All right.  Let me hear from Shilpa

11:29:37 22   on this.

11:29:38 23         MR. DZWONCZYK:  On this particular document,

11:29:40 24   Your Honor, we understand Dr. Chaturvedi prior to joining,

11:29:45 25   going in-house at Shilpa was counsel, outside counsel to

11:29:49  1    them at a different company.  I don't know the particulars

11:29:53  2    of how that worked, but I understand he was engaged to be

11:29:57  3    outside counsel to them.  And it was on that basis that a

11:30:01  4    claim of privilege was made.

11:30:07  5            To Mr. Trenchard's point about multiple

11:30:10  6    privilege logs, when we first submitted our privilege log,

11:30:14  7    we exchanged on September 9th, they objected to a bunch of

11:30:19  8    our descriptions because they couldn't challenge privilege.

11:30:21  9    We submitted a revised privilege where we revised the

11:30:24 10    descriptions in a way that addressed their concern --

11:30:28 11            THE COURT:  But you didn't just revise the

11:30:30 12    descriptions.  First of all, I did look at the earlier log

11:30:34 13    and that was completely insufficient and I can see why they

11:30:38 14    complained.  And I appreciate that you all went back and

11:30:43 15    revised it without coming to me first.  The problem I have

11:30:47 16    is, how in the world can you have different documents that

11:30:52 17    have the same number?  Like why did you renumber the

11:30:57 18    documents?

11:30:58 19            MR. DZWONCZYK:  That was our mistake, Your

11:31:01 20    Honor.  As we went back and we looked at every document on

11:31:02 21    the privilege log, we withdrew a number of them as being not

11:31:06 22    privileged or not responsive.  Most of them were not

11:31:11 23    privileged so we produced them.  Rather than keeping the

11:31:12 24    number as we should have done, we took the number off the

11:31:15 25    lot.  The third version of the log we submitted on Friday,

11:31:23 1    we restored all the original numbers to make clear which

11:31:27 2    documents were as originally designated with a certain

11:31:33 3    number were still on the log.

11:31:35 4            THE COURT:  Okay.

11:31:36 5            MR. DZWONCZYK:  But in terms of removing the

11:31:38 6    documents, that error was mine, Your Honor.

11:31:41 7            THE COURT:  All right.  So what about this issue

11:31:44 8    with whether or not -- how am I supposed to deal with the

11:31:50 9    issue of whether or not the privilege that is claimed is

11:31:53 10   actually a privilege recognized under Indian law?

11:31:58 11           MR. DZWONCZYK:  As I understand it, Your Honor,

11:32:03 12   they have sort of made an argument that covers every

11:32:07 13   document on the log by Dr. Chaturvedi.  They say number one,

11:32:11 14   Indian law doesn't recognize privilege as to it.  Number

11:32:15 15   two, even if it does, the document itself doesn't touch base

11:32:19 16   with the United States which would be an exception.  And

11:32:21 17   number three, if those two challenges aren't successful, the

11:32:26 18   prior product exception permits them to pierce the

11:32:29 19   privilege.  There is really three different what I would say

11:32:32 20   challenges or layers to what is sort of an en masse

11:32:37 21   privilege challenge.  I didn't understand Novartis'

11:32:41 22   challenges to be on individual documents basis but rather to

11:32:44 23   the category that Mr. Trenchard referenced earlier.  He can

11:32:48 24   correct me if I'm wrong.

11:32:52 25           THE COURT:  So I really don't want to do this,

11:32:52 1  and I guess I'll see what I'll get, but what I want is for

11:32:59 2  you guys to go back and talk for any documents that is

11:33:06 3  privileged that knows has a problem with or a question

11:33:10 4  about, you must discuss that document specifically, not all

11:33:17 5  the categories of documents, you must discuss each document

11:33:21 6  specifically.  And I want the lead counsel on this trial on

11:33:26 7  that call where you discuss every issue that is disputed.

11:33:30 8          After that, you can submit to me a thirty-page

11:33:36 9  letter that identifies what documents on the log, you can

11:33:41 10 send me the log and what documents on the log are being

11:33:47 11 questioned, what your legal basis for the question is, and I

11:33:52 12 wouldn't rely too heavily on crime fraud at this point, but

11:33:57 13 I am interested in the issue of whether Indian law -- by the

11:34:02 14 way, I also want Delaware counsel on that call as well.  And

11:34:08 15 I want you to then identify for me what documents are in

11:34:13 16 question, what the legal basis for questioning it is, and

11:34:17 17 after I get that letter and after Shilpa has a chance to

11:34:22 18 respond, maybe I'll decide I want to see some in camera,

11:34:27 19 maybe I'll decide it on the papers, and maybe I'll just have

11:34:31 20 to wait and let it all play out for a bit given my schedule

11:34:36 21 and how much time you people are using on it.  But I will

11:34:39 22 let you do that.

11:34:40 23          How much time do you need to have that

11:34:42 24 discussion and get me something?

11:34:46 25          MR. TRENCHARD:  I think we can get you I think a

| | |
|---|---|
| 11:34:48 | 1 letter within a week, Your Honor, the 21st. |
| 11:34:52 | 2 THE COURT: Mr. Dzwonczyk, how much time do you |
| 11:34:55 | 3 think you need to respond? I realize they submitted a bunch |
| 11:34:58 | 4 of stuff and you had no time to respond to it last time, |
| 11:35:02 | 5 I'll ask you this time, how much time do you need to |
| 11:35:04 | 6 respond? |
| 11:35:04 | 7 MR. DZWONCZYK: Let's see, the 21st is a week |
| 11:35:07 | 8 away. I think next week is a short week, Your Honor. If we |
| 11:35:10 | 9 could have until the beginning of the following week given |
| 11:35:13 | 10 the Thanksgiving holiday. |
| 11:35:15 | 11 THE COURT: Sure. You can do it the Tuesday |
| 11:35:18 | 12 after Thanksgiving so you don't have to ruin someone's |
| 11:35:24 | 13 Thanksgiving. |
| 11:35:25 | 14 All right. What is the sixth issue? |
| 11:35:29 | 15 MR. TRENCHARD: I think that's it, Your Honor. |
| 11:35:31 | 16 I think we've covered all the three main categories which |
| 11:35:35 | 17 are issues that we have all touched on, but I think we have |
| 11:35:39 | 18 covered all the issues we currently have and a few other |
| 11:35:43 | 19 small issues that we haven't talked about that we submitted |
| 11:35:46 | 20 to Your Honor in terms of some discovery matters. |
| 11:35:49 | 21 THE COURT: Well, I don't know what that means |
| 11:35:49 | 22 because if you're just trying to preserve the idea that |
| 11:35:52 | 23 you're going to come back on things that you could have |
| 11:35:55 | 24 raised here, I don't know that that's accurate. So what are |
| 11:35:58 | 25 you talking about when you say some other little issues? |

11:36:02  1          MR. TRENCHARD:  Nothing that we would come to

11:36:05  2    Your Honor on if we can't work it out.  These are all the

11:36:08  3    things that we brought to Your Honor that we've covered

11:36:11  4    everything.

11:36:11  5          THE COURT:  What are these other issues so I

11:36:14  6    know?

11:36:14  7          MR. TRENCHARD:  There are some interrogatory

11:36:16  8    responses that we've asked to be amended that have not been

11:36:21  9    amended, but because they promised to amend them, that could

11:36:25 10    be just a delay and we'll work that out with them.

11:36:27 11          THE COURT:  Don't count on being able to get any

11:36:30 12    time if you can't work it out, so really try hard to work it

11:36:33 13    out.  Okay?

11:36:35 14          So what else do you need to do in order to

11:36:40 15    complete discovery?

11:36:43 16          MR. TRENCHARD:  So Your Honor, we have -- we

11:36:49 17    think that the best way to proceed obviously subject to Your

11:36:52 18    Honor's time and availability of the calendar would be to

11:36:58 19    resolve the document production issues including --

11:37:02 20          THE COURT:  You need to come up with a date.

11:37:05 21    No, we're setting a date now, so I'm not going to let it

11:37:10 22    drag on forever because you guys have shown me you're not

11:37:12 23    reasonable.  I might let other people do it, but not you

11:37:14 24    guys.  So what are we looking at?

11:37:15 25          MR. TRENCHARD:  I think, Your Honor, given that

11:37:21 1    the holidays and there are fourteen depositions involving

11:37:25 2    more witnesses, I think it's fair to end all of that by the

11:37:29 3    end of February.

11:37:30 4              THE COURT:  Mr. Dzwonczyk, what do you think

11:37:32 5    about that?

11:37:32 6              MR. DZWONCZYK:  Given that we are in an IPR now

11:37:38 7    on some of these same issues, Your Honor, whether we can

11:37:41 8    complete the fifteen or sixteen depositions, given the

11:37:45 9    holidays and the lingering discovery request disputes that

11:37:50 10   they have identified on this call, I don't know if February

11:37:54 11   is doable.  We had talked -- we had hinted to Your Honor as

11:38:03 12   to a stay --

11:38:03 13             THE COURT:  I'm probably going to stay the case,

11:38:05 14   I'm going to listen to you guys in a minute, but I'm not

11:38:08 15   staying the case before the end of fact discovery because I

11:38:11 16   don't want to have to deal with this later.  Anyway, what's

11:38:14 17   the end of fact discovery, when do you think you can have it

11:38:18 18   completed?

11:38:18 19             MR. DZWONCZYK:  If we're talking about their

11:38:20 20   disputes and them taking every deposition resolving issues

11:38:21 21   on the depositions, I would say March, Your Honor.

11:38:30 22             THE COURT:  All right.

11:38:30 23             MR. DZWONCZYK:  Especially since witnesses are

11:38:32 24   coming from India.  I suspect some of their witnesses may be

11:38:35 25   coming from Europe.  Our witnesses have had delays getting

11:38:41 1     Visas and that has nothing to do with this case, and we're

11:38:45 2     working out depositions in different locations to

11:38:49 3     accommodate their requests.

11:38:50 4          THE COURT:  All right.  So you better start

11:38:52 5     scheduling the depositions.  I'll give you until the end of

11:38:56 6     March.  That doesn't mean that I plan to be on the telephone

11:38:59 7     with you guys or have you here in person to discuss a bunch

11:39:03 8     of discovery disputes.  You're not getting a special master,

11:39:06 9     you're getting me, and I'm going to keep track on what's

11:39:09 10    going on here so you better start working it out.  Don't

11:39:12 11    plan on getting another extension after March 31st, either.

11:39:16 12    Okay.

11:39:16 13          So you guys need to start talking and need to

11:39:19 14    start being reasonable.  And Novartis, you're not going to

11:39:22 15    get every document you want, so if you don't start

11:39:25 16    scheduling depositions before you get all the documents you

11:39:28 17    want and you run out of time, that's maybe a risk that you

11:39:32 18    run.  But it shouldn't be a basis to come back and ask me

11:39:36 19    for more time.

11:39:37 20          Okay.  So that is where we are on discovery.

11:39:42 21    Now we have a motion to dismiss willful infringement and

11:39:46 22    indirect infringement.  And it seemed to me that the

11:39:52 23    response to that motion was well, we still need to get some

11:39:57 24    discovery on that.  So let me ask, has there been additional

11:40:02 25    discovery that you have gotten?

11:40:08  1              MR. TRENCHARD:  Your Honor, this is Robert

11:40:10  2     Trenchard from Gibson Dunn.  We submitted a motion on that,

11:40:14  3     but I submitted that question to the --

11:40:19  4              MR. DZWONCZYK:  I'm sorry, Your Honor, the

11:40:21  5     motion to discuss -- I'm sorry, the motion to dismiss

11:40:26  6     willful infringement, I thought -- now I'm confused, I

11:40:33  7     thought we had a motion to dismiss, Your Honor, on the

11:40:36  8     inequitable conduct and they had a 12(c) motion for judgment

11:40:39  9     on the pleadings with respect to willfulness.

11:40:41 10              THE COURT:  Whatever.  The whole 12 motion on

11:40:45 11     willfulness and the indirect infringement, I don't think --

11:40:49 12     I'm sorry I called it a motion to dismiss, but I think you

11:40:53 13     know what I'm talking about.  So what's your response on

11:40:55 14     that motion?  You said in that motion don't grant it, we

11:40:58 15     need some more discovery.  I'm asking, have you gotten more

11:41:02 16     discovery?

11:41:04 17              MR. DZWONCZYK:  We have gotten some discovery,

11:41:06 18     Your Honor, by the way of documents.  We have not taken

11:41:09 19     depositions yet.  We have not taken the deposition, for

11:41:12 20     example, of their in-house counsel, Mr. Waibel.  We have not

11:41:12 21     taken 30(b)(6) Novartis as possibly one of their inventors

11:41:24 22     who may information on the subject or their technical

11:41:28 23     experts.  I would say some, but we have not taken them all.

11:41:32 24              THE COURT:  Okay.  Tell me what the date is for

11:41:35 25     your assertion of knowledge of the patents and knowledge of

11:41:40  1    infringement, both pre-suit and post-suit.

11:41:47  2        MR. DZWONCZYK:  So knowledge of the patent, Your

11:41:49  3    Honor, they had knowledge of the patent in late

11:41:53  4    February 2016 when it was sent to them by e-mail.  As Your

11:41:57  5    Honor knows, there was a subsequent in person discussion on

11:42:01  6    March 16th of 2016, so we allege they have knowledge of the

11:42:06  7    patent at that time.

11:42:07  8        THE COURT:  And knowledge of infringement?

11:42:14  9        MR. DZWONCZYK:  We believe they had knowledge of

11:42:18 10    infringement upon after having looked at the patent.

11:42:21 11    Whether or not, you know, infringement was asserted as such,

11:42:25 12    that's up for dispute.  We would say they offered a license

11:42:33 13    under the patent for themselves and for the generic ANDA

11:42:37 14    filers who they were in litigation with at the time.  We

11:42:40 15    believe that is sufficient to put them on notice, our view,

11:42:45 16    Shilpa's view, that the patent covered their commercial

11:42:48 17    product, Gilenya.

11:42:52 18        THE COURT:  All right.  I'll hear from the

11:42:57 19    defendant.

11:42:59 20        MR. TRENCHARD:  Yes, Your Honor.  Robert

11:43:02 21    Trenchard from Gibbs Dunn.  We moved under both dates to

11:43:02 22    dismiss the allegation of willfulness for failure to

11:43:02 23    adequately plead alleged -- an allegation of willful

11:43:12 24    infringement or notice of infringement of the patent.  The

11:43:12 25    basis of our motions had a lot to do with the record that

11:43:20 1    was developed in the motion to disqualify, Iyer who was a

11:43:24 2    person who allegedly had this discussion with Novartis in

11:43:31 3    2016.  We move to disqualify him precisely because he was

11:43:34 4    the sole witness of those communications between Shilpa and

11:43:39 5    Novartis in which he said that he supposedly gave notice of

11:43:44 6    infringement, our understanding of what happened in those

11:43:47 7    discussions is that there was -- the offer was to license

11:43:50 8    the patent and then Novartis could use it to pursue generic

11:43:56 9    ANDA filers and that there was no allegation of infringement

11:43:59 10   or threat of a lawsuit, the opposite of what Shilpa said.

11:44:05 11          Ultimately Judge Robinson denied the motion

11:44:08 12   without prejudice to renewal.  Once Mr. Iyer is deposed,

11:44:14 13   Mr. Waibel is deposed, but without the process of litigating

11:44:18 14   that question before Judge Robinson as the special master,

11:44:22 15   Shilpa then claimed reliance on Mr. Iyer's communications

11:44:28 16   with Novartis as the basis for alleging notice of

11:44:32 17   infringement.  That then left our motion under 12(c) saying

11:44:36 18   without those allegations, the alleged willful infringement

11:44:40 19   cannot stand up under Rule 12(c).  And we think that is

11:44:45 20   still the case.  We think you need at least some basis to

11:44:49 21   make an allegation in the complaint before doing discovery,

11:44:52 22   that's the way the order of rules.  And they don't have that

11:44:57 23   having withdrawn their reliance on the alleged conversation

11:45:00 24   between Mr. Iyer and Mr. Waibel in 2016.

11:45:08 25          THE COURT:  All right.  Mr. Dzwonczyk.

11:45:11 1          MR. DZWONCZYK:  Just one further thing, Your

11:45:14 2   Honor, that we did put in our opposition to that motion.  In

11:45:17 3   their counterclaims filed back in April of this year, and I

11:45:21 4   don't remember the paragraph, I think it's 93 or 94,

11:45:25 5   Novartis specifically said no one could market a Gilenya or

11:45:31 6   a generic version of it without a license for this patent.

11:45:35 7   They pled that.  That's an acknowledgment plain and simple

11:45:39 8   that this patent covers Gilenya and generic fingolimod.  If

11:45:45 9   that was true in April of 2022 as a matter of science, it

11:45:49 10  was certainly true in 2016.

11:45:53 11         THE COURT:  But you have to show that they knew

11:45:56 12  it back earlier, not that they figured it out now, right?

11:46:02 13         MR. DZWONCZYK:  Well, if it's a question of

11:46:05 14  whether the claims covered the product, Your Honor, they

11:46:09 15  would have known that back then in denying or refusing a

11:46:14 16  license under the patent, which they did.  And that is in

11:46:17 17  the pleadings as well.  In other words --

11:46:20 18         THE COURT:  At the very least, it's a question

11:46:23 19  of fact that you could then ask them what the basis for that

11:46:27 20  assertion is and when they developed that basis.  Right?

11:46:32 21         MR. DZWONCZYK:  Yes, I think that's correct,

11:46:34 22  Your Honor.

11:46:37 23         THE COURT:  All right.

11:46:39 24         MR. TRENCHARD:  Your Honor, if I may just

11:46:40 25  briefly address that.  The allegation we made in our

11:46:43 1    counterclaims related to Shilpa's allegations, our

11:46:48 2    counterclaims include equitable conduct from the patent,

11:46:52 3    antitrust and unfair competition.  And what we said was

11:46:56 4    given Shilpa's position now as of 2021, 2022, that their

11:47:04 5    polymorph covers this drug, then it would cover everybody.

11:47:07 6    That is our difference, it didn't have anything to do with

11:47:11 7    what we did back in 2016.  That was the focus of our

11:47:15 8    counterclaims and why it doesn't have any bearing on our

11:47:18 9    motion to dismiss.

11:47:26 10           THE COURT:  All right.  Well, I am going to deny

11:47:31 11   the motion to dismiss willful infringement from this case.

11:47:36 12   I think that there is an issue with regard to whether Shilpa

11:47:42 13   can show anything earlier than the filing date of this case.

11:47:47 14   But until I get further clarification from the Federal

11:47:51 15   Circuit, I have been allowing post-suit willfulness and

11:47:54 16   post-suit indirect infringement to go forward even if that

11:47:58 17   is unlikely to result in any willfulness or any enhanced

11:48:03 18   damages.  But that's an issue I can deal with later.  So for

11:48:07 19   now I am going to deny that motion for judgment on the

11:48:12 20   indirect and willful infringement issues.

11:48:20 21           Now we have the motion to dismiss inequitable

11:48:22 22   conduct.  And I guess I want to hear from Shilpa on this,

11:48:22 23   because it certainly seems to me like there was enough in

11:48:32 24   there, especially when I am letting -- well, it seemed like

11:48:32 25   there was enough in there to assert claims of inequitable

11:48:41 1    conduct.  So tell me what is missing.

11:48:46 2            MR. DZWONCZYK:  So their inequitable

11:48:50 3    counterclaims, Your Honor, there were four independent

11:48:53 4    bases.  And in our motion, we addressed them independently.

11:48:59 5    The first had to do with the citation of documents from an

11:49:02 6    international search report.  The second had to do with a

11:49:08 7    132 declaration that our witness -- our applicants put in

11:49:13 8    during prosecution.  I think the third had to do with how a

11:49:20 9    reference, how the Mutz reference was perhaps characterized.

11:49:25 10   And the fourth had to do with a claim amendment, the very

11:49:30 11   last claim amendment during prosecution.  They're unrelated

11:49:37 12   largely, and we set forth our bases for them.

11:49:41 13           In terms of the first basis, I think we opposed

11:49:48 14   the motion because the ISR, while the documents were not

11:49:53 15   listed in prosecution, the International Search Report was

11:49:58 16   submitted.  The examiner had a document list in front of him

11:50:03 17   and at least a couple of documents were submitted on the

11:50:08 18   IDS, Information Disclosure Statement.

11:50:09 19           With regard to the 132 declaration, they had

11:50:14 20   alleged that we are our -- our applicant carried out the

11:50:20 21   replication wrong and we intentionally misled the examiner.

11:50:22 22   I think what we said in our motion was our replication of

11:50:22 23   the example was faithful.  They misread the reference and

11:50:32 24   the data we got was based on a faithful reproduction of that

11:50:40 25   QT reference.

11:50:41 1    On the mischaracterization, there was some

11:50:43 2 discussion of that in their IPR position, but what we

11:50:48 3 actually told the examiner in column 1 of our patent was

11:50:51 4 precisely right, that much disclosed polymorphs, but other

11:50:58 5 than -- that were thermally transitioned based.  Other than

11:51:01 6 that, we weren't aware of any other published polymorphs

11:51:07 7 with hydrochloride, I think that's still true.

11:51:09 8    With regard to the final basis, this claim

11:51:11 9 amendment, I really don't understand that one because we

11:51:14 10 were rejected under Section 112.  The examiner suggested

11:51:18 11 that we make a change.  We made that change according to the

11:51:21 12 examiner's suggestion and he allowed the claim.  And I

11:51:24 13 believe Novartis' claim of inequitable conduct is that we

11:51:28 14 hoodwinked the examiner, we didn't tell the examiner of the

11:51:31 15 significance of the claim amendment.  But in fact it was one

11:51:35 16 that the examiner suggested.

11:51:37 17    So there is really four different things

11:51:39 18 involved with that, Your Honor, and I'm not sure which if

11:51:42 19 any or all of them Your Honor believes that there is some

11:51:47 20 traction to go forward with.

11:51:51 21    THE COURT:  All right.  Mr. Trenchard.

11:51:52 22    MR. TRENCHARD:  Yes, Your Honor.  So we have --

11:51:57 23 there really are -- well, it was described to us as four

11:52:02 24 different categories.  We view them as two different groups

11:52:06 25 of omissions, and then several other facts that collectively

11:52:10 1    point towards scienter.  The two main groups of misled

11:52:14 2    admissions are first with respect to a reference called

11:52:19 3    Mutz.  Dr. Mutz is a Novartis employee.  He published a

11:52:24 4    patent application along with the other co-inventor before

11:52:30 5    Shilpa filed its application and described a polymorphic

11:52:34 6    form of this drug.  And Shilpa itself actually noted Mutz in

11:52:38 7    the specification.  And we think that the way that they

11:52:41 8    describe Mutz in the specification and throughout the

11:52:44 9    history of prosecution results in misleading --

11:52:49 10          THE COURT:  How is that -- I mean, if you say --

11:52:55 11   I mean, the examiner could read Mutz, right?  And isn't

11:53:00 12   there a law that says look, when you want to say that they

11:53:03 13   misrepresented a reference that the examiner could read, you

11:53:08 14   need a little bit more.  So what is your little bit more

11:53:11 15   here than the examiner just missed it because they

11:53:15 16   misrepresented it?

11:53:16 17          MR. TRENCHARD:  Yes, Your Honor, I'm glad you

11:53:18 18   asked that question.  The more is that they said Mutz

11:53:21 19   disclose is a polymorph and then they said for years on

11:53:25 20   their prosecuting this patent, ours is different, we are not

11:53:28 21   Mutz, we are a different polymorph.  And then literally

11:53:33 22   within days of getting the patent they turn around and

11:53:37 23   according to them accuse us of infringement based on Mutz

11:53:41 24   which discloses our polymorph.  They can't have it both

11:53:45 25   case.

11:53:45  1        I point under to the IPR institution decision

11:53:48  2   where the Patent Office basically agreed with us, where they

11:53:52  3   misdescribed Mutz or mischaracterized Mutz to the Patent

11:53:55  4   Office, that's page 49 and 50 of the --

11:53:57  5        THE COURT:  Well, if the Patent Office knew

11:54:00  6   that, then how is it but for their -- you make a

11:54:08  7   misrepresentation and the Patent Office says look, that's

11:54:10  8   not the way we read it, we think that's wrong, then how do

11:54:14  9   you meet your burden of showing but for the

11:54:17 10   misrepresentation, the patent wouldn't have issued when the

11:54:20 11   Patent Office said yeah, we think that's a

11:54:24 12   misrepresentation, but here is your patent.

11:54:27 13        MR. TRENCHARD:  Your Honor, the Patent Office

11:54:28 14   didn't find that that was a misrepresentation until a few

11:54:31 15   weeks ago when it instituted the IPR.  Before that they

11:54:35 16   accepted the representation from Shilpa.  And in fact we

11:54:38 17   think that the institution decision of the IPR which was

11:54:41 18   just a few weeks ago found that it was inappropriate of how

11:54:46 19   Shilpa described Mutz to the examiner further supports

11:54:50 20   exactly what Your Honor is describing but for causation.  In

11:54:54 21   fact, the Patent Office now years later has said oh, the

11:54:57 22   examiner was relying on this in issuing the patent, so

11:55:01 23   that's the first category.

11:55:02 24        We have a bunch of documents corroborative of

11:55:05 25   all of this, and the production we have received so far from

11:55:09 1    Shilpa, and that's our first basis for misrepresentation by

11:55:12 2    omission.

11:55:12 3         The second basis, and again, I'll point Your

11:55:15 4    Honor to pages 49 and 50 of the institution decision that we

11:55:20 5    submitted to Your Honor from the IPR which discusses this

11:55:24 6    exact issue.  With respect to the second category of

11:55:29 7    misrepresentation of inventorship, during prosecution of

11:55:34 8    2015, the examiner flagged a reference called Fujita.

11:55:40 9    Fujita was a publication from a number of Japanese authors,

11:55:44 10    including people who have actually discovered the compound

11:55:47 11    of the active ingredient in our drug.  And they described

11:55:51 12    methods or recipes for making a crystal form of the drug.

11:55:55 13    And the examiner said to Shilpa, why doesn't this anticipate

11:56:00 14    if they were to produce a crystal like yours.  And Shilpa

11:56:05 15    then purported to recreate the recipe in Fujita, produce a

11:56:13 16    document that had been submitted as part of the 132

11:56:16 17    declaration from Dr. Shrawat, the doctor we talked about

11:56:19 18    earlier, and Dr. Chaturvedi, the lawyer we talked about

11:56:22 19    earlier, to the Patent Office saying oh, no, Fujita produces

11:56:27 20    a different crystal.  And we believe, we allege that that

11:56:31 21    was false, that is inaccurate.  And we found a bunch of

11:56:36 22    corroborative evidence of that fact in the initial

11:56:40 23    production.  But our allegation was that that was a

11:56:42 24    misrepresentation.

11:56:47 25         What they had actually done in purporting to

1    recreate this Fujita recipe is they cooked it at the wrong

2    temperature, and in doing so they created -- and the

3    temperature they need to -- for reasons we allege in the

4    counterclaims in order to create a mixture of polymorph, and

5    this mixture of crystal.  And then on top of that,

6    Dr. Chaturvedi created a little chart that he submitted in

7    the argument portion of the response to rejection in which

8    he misaligned various rows of information creating the

9    impression to the examiner that these things are different

10   when, in fact, they were the same.

11          Those are the two core instances that we believe

12   are fraud on the Patent Office in the case.  The other facts

13   are all corroborative.  But they didn't even file for the

14   patent until after the FDA approved our drug.  And we think

15   that that was because they knew this was going to be a

16   blockbuster because of the first oral treatment for multiple

17   sclerosis.  They saw a big pot of gold at the end of the

18   rainbow and they rushed to file for this patent.  From then

19   on it was trying to get something they could use in order to

20   twist our arm to get in line.  We think that's a conduct

21   that stretches back years.

22          THE COURT:  All right.  Mr. Dzwonczyk.

23          MR. DZWONCZYK:  Just a couple of points, Your

24   Honor.  On the IPR institution, Shilpa did not file a

25   substantive merits based challenge to the petition under 102

11:58:19 1    or 103.  Its preliminary response is based on the enablement

11:58:26 2    of the Mutz reference.  So any decision by the PTAB in

11:58:29 3    instituting an IPR is not a merits based finding on the

11:58:34 4    quality of evidence or the telling nature of this or that.

11:58:37 5    And what they said about our statement about Mutz is that it

11:58:40 6    may have been incomplete.  We're going to show that that's

11:58:44 7    wrong, but incomplete is a far cry from scienter or

11:58:48 8    misrepresentation or a misdescription.  That's what they

11:58:54 9    said.

11:58:57 10         And Your Honor is quite correct, the Patent

11:59:00 11   Office had the Mutz disclosure before them.  They had our

11:59:03 12   statements about them.  They never even rejected the Shilpa

11:59:07 13   claims based on Mutz.  So in terms of what was hidden from

11:59:10 14   them, it's still a bit of a mystery even if one accepts that

11:59:15 15   their motion was pled properly.

11:59:17 16         Moving to Mr. Trenchard's second point on this

11:59:22 17   replication, this Fujita reference, in response to a

11:59:27 18   rejection, the applicants replicated the Fujita process and

11:59:32 19   what they found is that they had a product that was not form

11:59:38 20   based, in other words, what was claimed.  Novartis has it

11:59:42 21   wrong that the replication was unfaithful, but more to the

11:59:50 22   point and this is what they haven't responded to, the

11:59:52 23   examiner had all the data in front of him.  He had the

11:59:57 24   Fujita reference in front of him.  If the examiner thought

11:59:59 25   that the steps the applicants took were not faithfully

12:00:04 1    followed, the examiner could have made that rejection.  If

12:00:08 2    the examiner thought the data was inaccurate because of

12:00:11 3    that, he could have said something.  The examiner never made

12:00:14 4    the challenge that Novartis makes now which is that the

12:00:18 5    examiner was somehow hoodwinked.  The examiner had

12:00:21 6    everything before him.  So aside from the fact that for the

12:00:25 7    reasons stated in our motion they got the parties misnamed,

12:00:29 8    they haven't named the correct parties, I don't know where

12:00:31 9    this one is going.

12:00:37 10           THE COURT:  Mr. Trenchard, what do I do about

12:00:39 11   the parties issue?

12:00:41 12           MR. TRENCHARD:  I'm not exactly sure what

12:00:46 13   Mr. Dzwonczyk is referring to about parties.  We brought

12:00:51 14   counterclaims, so some of the counterclaims were stayed.

12:00:55 15   The inequitable conduct counterclaim is not stayed.  With

12:01:00 16   respect to that issue, the misconduct would have been on the

12:01:04 17   part of the parent company, not the subsidiary I suppose,

12:01:10 18   but we have treated them all the same in this case.  The

12:01:13 19   parent had knowledge of infringement about the patent and

12:01:14 20   then assigned to the subsidiary, so I don't understand that

12:01:18 21   issue.  With respect to the point that Mr. Dzwonczyk made

12:01:22 22   about this Fujita reference, that's the second ground of the

12:01:30 23   misrepresentation we identified.  The examiner when he

12:01:32 24   asked, when he initially rejected it said the Patent Office

12:01:36 25   not a laboratory, we don't have laboratories so we have to

12:01:40 1    rely on you in order to do this right, to recreate Fujita

12:01:44 2    the correct way, we have to rely on the reports, we are not

12:01:48 3    a patent, we are not a lab.  And then the notes from the lab

12:01:52 4    expressly rely on Shilpa's recreation of this Fujita recipe.

12:01:58 5    Reliance is not the issue, the fact that they had all the

12:02:02 6    data is not correct and the output of the Fujita recreation

12:02:07 7    was portrayed to the examiner as if it was a single

12:02:10 8    polymorph.  In fact it was a mixture, and therefore created

12:02:15 9    a pattern, an SRPD pattern that was confused.  And then on

12:02:20 10   top of that, Dr. Chaturvedi misrepresented the data in the

12:02:25 11   submission.  So we lay out all this out in our counterclaims

12:02:30 12   in great deal, Your Honor, and we think we have a basis for

12:02:34 13   dismissal.

12:02:37 14             THE COURT:  All right.  Go ahead, Mr. Dzwonczyk.

12:02:40 15             MR. DZWONCZYK:  If I may, Your Honor, just to

12:02:41 16   follow-up.  Both Your Honor and Mr. Trenchard raised

12:02:44 17   questions about the parties.  That's the point in our motion

12:02:47 18   simply saying that an entity, and we cited the law on this,

12:02:51 19   cannot be liable for inequitable conduct because an entity,

12:02:57 20   a company does not owe the duty of candor under

12:03:01 21   Section 1.56.

12:03:01 22             Repeatedly throughout his counterclaims,

12:03:04 23   Novartis sort of mixes and matches who is responsible for

12:03:07 24   doing what, saying Shrawat and others or a group of

12:03:11 25   individuals at Shilpa, or these folks.  And the case law

12:03:18 1    seems clear that individual acts have to be associated with

12:03:23 2    individuals who owe a duty of candor.  And from their

12:03:26 3    pleading, again, I won't go into it more than that, it's

12:03:30 4    impossible to tell who they're alleging did what, at what

12:03:33 5    time, and who owed a duty of candor to the Patent Office.

12:03:40 6          THE COURT:  All right.  On the motion to dismiss

12:03:42 7    the inequitable conduct charges, I'm going to deny it and

12:03:45 8    let it go forward.  I think it is an open question as to

12:03:49 9    whether the counterclaims will prevail ultimately, but I

12:03:52 10   think there is enough pleading at this point to deny the

12:03:55 11   motion to dismiss.

12:03:56 12         Finally, I want to talk about the motion to

12:03:59 13   stay.  As I've already said, I'm going to let fact discovery

12:04:03 14   be completed and it must do so by the end of March, which is

12:04:06 15   a substantial extension I am granting.  So don't expect

12:04:11 16   more.  But after that, as I understand the parties, the

12:04:18 17   positions of the parties, they are agreeable to a stay

12:04:23 18   pending the outcome of the PTAB proceeding after that.  Do I

12:04:28 19   have that correct?

12:04:30 20         MR. TRENCHARD:  Yes, Your Honor, Robert

12:04:32 21   Trenchard from Gibson Dunn.  We do believe that all other

12:04:36 22   phases of the case should be stayed or adjourned by that

12:04:40 23   date.

12:04:42 24         MR. DZWONCZYK:  I guess I would have a question

12:04:45 25   if that includes the claim construction, what's left of the

12:04:50 1    claim construction in this case.

12:04:54 2              THE COURT:  Yes, it does.

12:05:01 3              MR. DZWONCZYK:  Well, we appreciate Your Honor's

12:05:04 4    ruling on fact discovery going to the end of March.  So I

12:05:08 5    guess we have nothing further on the issue of a stay, Your

12:05:11 6    Honor.

12:05:11 7              THE COURT:  All right.  And you said what's left

12:05:15 8    on the claim construction.  You had five terms on that claim

12:05:19 9    construction; is that right?  Is there something that I'm

12:05:23 10   missing that you guys actually agreed to to narrow that?

12:05:28 11             MR. DZWONCZYK:  No one is that lucky, Your

12:05:31 12   Honor, we still have the same terms as briefed.  What

12:05:34 13   remains is the actual hearing which is scheduled in two

12:05:37 14   weeks.  And what we don't know is what's going to happen at

12:05:43 15   the PTAB because the issue, those issues are not the same at

12:05:47 16   the PTAB as they are in this case.  The claim construction

12:05:50 17   issues.

12:05:53 18             THE COURT:  Okay.  But we can go deal with the

12:05:56 19   claim construction issues when we know what comes back from

12:05:58 20   the PTAB and look at any claims that remain after the PTAB,

12:06:02 21   it doesn't seem like a good use of time to do that before

12:06:08 22   then.  And there may be some intrinsic evidence that comes

12:06:12 23   out of the PTAB even if you don't expect it to be addressing

12:06:12 24   these terms, so yes, the stay is going to apply to the claim

12:06:12 25   construction dispute.

12:06:21 1                    Anything else?

12:06:25 2                    MR. TRENCHARD:  Robert Trenchard for Novartis.

12:06:28 3    Nothing from us.

12:06:29 4                    MR. DZWONCZYK:  Nothing further from Shilpa,

12:06:31 5    Your Honor.  Thank you.

12:06:33 6                    THE COURT:  All right.  So in looking at the

12:06:35 7    disputes, there were five disputes that we discussed.  I am

12:06:38 8    going to assign fifteen minutes of time against the trial

12:06:44 9    time to Shilpa and ten against Novartis.  I only did five

12:06:50 10   minutes per dispute for this call because it was the first

12:06:58 11   time that I told you that there might be an issue with

12:07:01 12   respect to trial time, but in the future, I may go up to as

12:07:05 13   much as ten minutes of trial time that is at risk per

12:07:10 14   dispute.  And I do expect the parties to start cooperating a

12:07:15 15   little bit better than they have been cooperating up until

12:07:18 16   this time.

12:07:19 17                   All right.  With that, I guess we will take the

12:07:22 18   Markman hearing off our calendar for the time two weeks from

12:07:29 19   now, and you guys can get busy on doing what you need to do

12:07:34 20   to move forward in fact discovery.

12:07:37 21                   Thanks everyone.

22                    (Teleconference concluded at 12:07 p.m.)

23                    I hereby certify the foregoing is a true and
     accurate transcript from my stenographic notes in the proceeding.

24

25                                    /s/ Dale C. Hawkins
                                   Official Court Reporter
                                     U.S. District Court

**'** - 13:6, 13:24

## 4

**4** [1] - 18:21
**49** [2] - 36:4, 37:4

## 5

**50** [1] - 36:4, 37:4
**500** [1] - 12:19
**5th** [2] - 10:8, 11:7

## 7

**70** [1] - 20:10

## 8

**844** [1] - 1:12

## 9

**900** [1] - 18:1
**93** [1] - 31:4
**94** [1] - 31:4
**9th** [1] - 21:7

## A

**a.m** [1] - 1:10
**able** [2] - 14:11, 25:11
**accepted** [1] - 36:16
**accepts** [1] - 39:14
**accommodate** [1] - 27:3
**according** [4] - 4:23, 5:6, 34:11, 35:23
**account** [4] - 13:11, 14:20, 14:25, 15:3
**accounts** [1] - 14:17
**accurate** [2] - 24:24, 44:23
**accurately** [1] - 19:15
**accuse** [4] - 35:23
**accused** [2] - 6:13, 14:18
**acknowledgment** [1] - 31:7
**active** [1] - 37:11
**acts** [2] - 19:22, 42:1
**actual** [1] - 43:13
**additional** [4] - 4:17, 27:24
**address** [3] - 4:3, 15:8, 31:25
**addressed** [2] - 21:10, 33:4
**addressing** [1] - 43:23
**adequately** [1] - 29:23

**adjourned** [1] - 42:22
**admissions** [1] - 35:2
**admitted** [1] - 4:20
**admittedly** [1] - 6:25
**advantage** [2] - 8:1, 8:2
**advice** [1] - 19:21
**advised** [1] - 6:4
**ago** [2] - 36:15, 36:18
**agreeable** [1] - 42:17
**agreed** [2] - 36:2, 43:10
**ahead** [1] - 41:14
**Alex** [1] - 2:19
**ALEXANDRA** [1] - 2:3
**allegation** [6] - 29:22, 29:23, 30:9, 30:21, 31:25, 37:23
**allegations** [2] - 30:18, 32:1
**allege** [3] - 29:6, 37:20, 38:3
**alleged** [5] - 16:4, 29:23, 30:18, 30:23, 33:20
**allegedly** [1] - 30:2
**alleging** [2] - 30:16, 42:4
**allowed** [1] - 34:12
**allowing** [1] - 32:15
**almost** [1] - 3:2
**amend** [1] - 25:9
**amended** [2] - 25:8, 25:9
**amendment** [4] - 33:10, 33:11, 34:9, 34:15
**ANDA** [2] - 29:13, 30:9
**answer** [1] - 10:5
**anticipate** [1] - 37:13
**anticipated** [1] - 6:24
**antitrust** [1] - 32:3
**anyway** [1] - 26:16
**apologize** [4] - 9:25, 13:5, 19:4, 19:5
**APPEARANCES** [2] - 1:17, 2:1
**applicant** [1] - 33:20
**applicants** [3] - 33:7, 39:18, 39:25
**application** [3] - 20:15, 35:4, 35:5
**apply** [1] - 43:24
**appreciate** [2] - 21:14, 43:3
**approved** [1] - 38:14
**April** [3] - 5:11, 31:3, 31:9
**argument** [3] - 20:17,

22:12, 38:7
**arise** [1] - 15:2
**arm** [1] - 38:20
**aside** [1] - 40:6
**assert** [2] - 7:8, 32:25
**asserted** [2] - 2:25, 29:11
**assertion** [3] - 16:4, 28:25, 31:20
**asserts** [1] - 11:11
**assign** [1] - 44:8
**assigned** [1] - 40:20
**associated** [1] - 42:1
**assume** [2] - 3:19, 8:18
**attaches** [1] - 16:5
**attempts** [1] - 3:7
**attorneys** [1] - 7:5
**August** [1] - 9:3
**authors** [1] - 37:9
**availability** [1] - 25:18
**avoid** [1] - 12:13
**avoiding** [1] - 13:6
**aware** [1] - 34:6

## B

**backed** [1] - 5:22
**backup** [5] - 5:21, 7:14, 7:15, 7:17, 7:18
**bar** [3] - 16:9, 20:9, 20:13
**base** [2] - 20:18, 22:15
**based** [10] - 4:19, 7:9, 33:24, 34:5, 35:23, 38:25, 39:1, 39:3, 39:13, 39:20
**bases** [2] - 33:4, 33:12
**basis** [17] - 3:11, 20:4, 21:3, 22:22, 23:11, 23:16, 27:18, 29:25, 30:16, 30:20, 31:19, 31:20, 33:13, 34:8, 37:1, 37:3, 41:12
**bearing** [1] - 32:8
**BEFORE** [1] - 1:14
**beginning** [1] - 24:9
**behalf** [2] - 2:19, 16:7
**behavior** [2] - 3:6, 4:6
**BELGAM** [1] - 1:19
**Belgam** [1] - 2:16
**believes** [1] - 34:19
**best** [3] - 14:18, 15:1, 25:17
**better** [6] - 4:9, 7:24, 14:2, 27:4, 27:10, 44:15
**between** [5] - 3:19, 16:25, 19:15, 30:4,

30:24
**big** [2] - 15:24, 38:17
**bit** [6] - 16:19, 23:20, 35:14, 39:14, 44:15
**blockbuster** [1] - 38:16
**bother** [1] - 11:23
**bothered** [1] - 9:23
**brand** [1] - 17:12
**brand-new** [1] - 17:12
**brief** [1] - 3:9
**briefed** [1] - 43:12
**briefing** [1] - 8:22
**briefly** [1] - 31:25
**bring** [1] - 18:10
**brought** [2] - 25:3, 40:13
**bunch** [5] - 21:7, 24:3, 27:7, 36:24, 37:21
**burden** [1] - 36:9
**business** [1] - 13:18
**busy** [1] - 44:19
**BY** [7] - 1:19, 1:19, 1:22, 1:22, 2:3, 2:6, 2:6

## C

**C.A** [1] - 1:5
**Cadila** [1] - 20:11
**calendar** [2] - 25:18, 44:18
**camera** [1] - 23:18
**candor** [3] - 41:20, 42:2, 42:5
**cannot** [5] - 8:13, 11:3, 19:15, 30:19, 41:19
**carried** [1] - 33:20
**case** [20] - 2:24, 3:5, 3:20, 4:5, 13:7, 14:18, 20:16, 26:13, 26:15, 27:1, 30:20, 32:11, 32:13, 35:25, 38:12, 40:18, 41:25, 42:22, 43:1, 43:16
**cases** [1] - 20:10
**categorically** [3] - 16:20, 16:23, 17:12
**categories** [3] - 23:5, 24:16, 34:24
**category** [6] - 4:15, 16:24, 17:18, 22:23, 36:23, 37:6
**causation** [1] - 36:20
**causing** [1] - 11:13
**cell** [1] - 13:16
**certain** [1] - 22:2
**certainly** [4] - 8:12, 15:9, 31:10, 32:23

## 1

**1** [3] - 13:6, 34:3
**1.56** [1] - 41:21
**102** [1] - 38:25
**103** [1] - 39:1
**112** [1] - 34:10
**11:00** [1] - 1:10
**12** [1] - 28:10
**12(c** [2] - 28:8, 30:17
**12(c)** [1] - 30:19
**12:07** [1] - 44:22
**132** [3] - 33:7, 33:19, 37:16
**14** [1] - 1:9
**14th** [1] - 9:15
**16th** [1] - 29:6

## 2

**2009** [4] - 18:25, 19:24, 20:5, 20:14
**2012** [4] - 12:9, 13:5, 13:6, 20:3
**2013** [1] - 20:16
**2015** [1] - 37:8
**2016** [12] - 5:6, 6:4, 6:14, 6:19, 6:20, 7:5, 29:4, 29:6, 30:3, 30:24, 31:10, 32:7
**2017** [1] - 13:5
**2018** [1] - 5:10
**2019** [4] - 12:14, 12:23, 13:4, 13:8
**2020** [1] - 6:24
**2021** [1] - 32:4
**2022** [3] - 1:9, 31:9, 32:4
**21-5588(MN** [1] - 1:5
**21st** [2] - 24:1, 24:7
**29** [1] - 5:20
**2nd** [2] - 9:11, 11:9

## 3

**30(b)(6** [1] - 28:21
**31** [4] - 18:12, 19:4, 19:7
**31st** [1] - 27:11
**35** [5] - 18:21, 19:2, 19:8, 19:11, 19:12
**37** [4] - 12:23, 13:4,

**/** 

**/s** [1] - 44:24

**certify** [1] - 44:23
**chain** [2] - 12:16, 12:17
**challenge** [5] - 16:19, 21:8, 22:21, 38:25, 40:4
**challenged** [1] - 16:16
**challenges** [3] - 22:17, 22:20, 22:22
**chance** [1] - 23:17
**change** [3] - 19:11, 34:11
**changing** [1] - 19:14
**characterized** [1] - 33:9
**charges** [1] - 42:7
**chart** [1] - 38:6
**Chaturvedi** [15] - 16:5, 16:8, 16:12, 16:25, 17:1, 18:24, 19:22, 19:24, 20:13, 20:24, 22:13, 37:18, 38:6, 41:10
**Chaturvedi's** [2] - 5:23, 20:8
**checked** [2] - 13:17, 13:19
**chronological** [1] - 18:17
**Circuit** [1] - 32:15
**citation** [1] - 33:5
**cited** [2] - 20:10, 41:18
**claim** [16] - 13:1, 16:12, 21:4, 33:10, 33:11, 34:8, 34:12, 34:13, 34:15, 42:25, 43:1, 43:8, 43:16, 43:19, 43:24
**claimed** [3] - 22:9, 30:15, 39:20
**claiming** [1] - 20:4
**claims** [7] - 2:25, 13:1, 16:10, 31:14, 32:25, 39:13, 43:20
**clarification** [1] - 32:14
**clear** [2] - 22:1, 42:1
**closely** [1] - 15:16
**co** [1] - 35:4
**co-inventor** [1] - 35:4
**collect** [1] - 14:19
**collected** [1] - 5:20
**collectively** [1] - 34:25
**column** [1] - 34:3
**coming** [3] - 21:15, 26:24, 26:25
**commercial** [1] - 29:16
**communication** [1] - 16:25

**communications** [2] - 30:4, 30:15
**companies** [1] - 17:2
**company** [15] - 5:10, 5:13, 5:21, 7:21, 10:25, 13:14, 13:16, 13:17, 19:25, 20:1, 20:2, 20:5, 21:1, 40:17, 41:20
**company's** [1] - 10:21
**competition** [1] - 32:3
**complained** [1] - 21:14
**complaint** [4] - 4:24, 5:6, 19:17, 30:21
**complete** [2] - 25:15, 26:8
**completed** [2] - 26:18, 42:14
**completely** [1] - 21:13
**complications** [1] - 16:9
**compound** [1] - 37:10
**concern** [1] - 21:10
**concluded** [1] - 44:22
**conduct** [9] - 28:8, 32:2, 32:22, 33:1, 34:13, 38:20, 40:15, 41:19, 42:7
**conducting** [1] - 13:18
**confer** [1] - 20:12
**confirm** [1] - 11:4, 14:21
**confirmed** [1] - 13:20
**confused** [2] - 28:6, 41:9
**consider** [1] - 3:23
**construction** [7] - 42:25, 43:1, 43:8, 43:9, 43:16, 43:19, 43:25
**contacted** [1] - 6:19
**context** [1] - 14:19
**CONTINUED** [1] - 2:1
**continues** [1] - 4:6
**conversation** [1] - 30:23
**cooked** [1] - 38:1
**cooperating** [2] - 44:14, 44:15
**copy** [1] - 7:5
**core** [1] - 38:11
**CORPORATION** [1] - 1:7
**correct** [10] - 6:3, 6:7, 9:25, 22:24, 31:21, 39:10, 40:8, 41:2, 41:6, 42:19
**correspondence** [1] - 19:21

**corroborative** [3] - 36:24, 37:22, 38:13
**counsel** [13] - 2:11, 11:11, 14:16, 14:20, 15:1, 15:6, 15:7, 20:25, 21:3, 23:6, 23:14, 28:20
**Counsel** [2] - 1:24, 2:7
**count** [1] - 25:11
**counterclaim** [1] - 40:15
**counterclaims** [11] - 31:3, 32:1, 32:2, 32:8, 33:3, 38:4, 40:14, 41:11, 41:22, 42:9
**couple** [3] - 20:9, 33:17, 38:23
**course** [1] - 5:25
**COURT** [75] - 1:1, 2:11, 2:17, 2:22, 5:7, 6:1, 6:4, 6:8, 6:15, 7:2, 7:6, 7:12, 7:19, 7:24, 8:17, 9:8, 9:14, 9:20, 10:3, 10:17, 10:24, 11:4, 11:18, 11:24, 12:19, 13:13, 13:23, 14:2, 14:23, 15:12, 15:14, 16:14, 17:4, 17:22, 18:6, 18:15, 19:1, 19:6, 19:10, 19:19, 20:21, 21:11, 22:4, 22:7, 22:25, 24:2, 24:11, 24:21, 25:5, 25:11, 25:20, 26:4, 26:13, 26:22, 27:4, 28:10, 28:24, 29:8, 29:18, 30:25, 31:11, 31:18, 31:23, 32:10, 34:21, 35:10, 36:5, 38:22, 40:10, 41:14, 42:6, 43:2, 43:7, 43:18, 44:6
**Court** [3] - 1:14, 44:25, 44:25
**cover** [1] - 32:5
**covered** [5] - 24:16, 24:18, 25:3, 29:16, 31:14
**covers** [3] - 22:12, 31:8, 32:5
**create** [1] - 38:4
**created** [3] - 38:2, 38:6, 41:8
**creating** [1] - 38:8
**crime** [1] - 23:12
**CRUTCHER** [1] - 2:5
**Crutcher** [1] - 2:21
**cry** [1] - 39:7

**crystal** [4] - 37:12, 37:14, 37:20, 38:5
**current** [2] - 3:20, 18:13
**custodial** [3] - 5:12, 5:15, 10:22
**custodian** [1] - 10:14
**custodians** [6] - 5:15, 10:10, 10:12, 13:19, 13:20, 14:18
**custodians'** [1] - 10:9

# D

**Dale** [1] - 44:24
**damages** [1] - 32:18
**data** [6] - 10:13, 33:24, 39:23, 40:2, 41:6, 41:10
**date** [15] - 5:4, 6:21, 6:25, 7:7, 7:10, 8:2, 9:1, 15:18, 18:25, 25:20, 25:21, 28:24, 32:13, 42:23
**dates** [2] - 6:23, 29:21
**days** [2] - 18:8, 35:22
**deal** [5] - 22:8, 26:16, 32:18, 41:12, 43:18
**dealing** [1] - 17:6
**dealt** [1] - 15:17
**December** [2] - 18:25, 19:24
**decide** [2] - 23:18, 23:19
**deciding** [1] - 3:25
**decision** [4] - 36:1, 36:17, 37:4, 39:2
**declaration** [8] - 3:14, 13:24, 16:19, 20:10, 20:11, 33:7, 33:19, 37:17
**declarations** [1] - 3:15
**Defendant** [2] - 1:8, 2:7
**defendant** [3] - 8:9, 14:11, 29:19
**defendants** [1] - 15:10
**degree** [2] - 16:8, 20:8
**DELAWARE** [1] - 1:2
**Delaware** [2] - 1:12, 23:14
**delay** [1] - 25:10
**delays** [1] - 26:25
**deleted** [1] - 14:24
**denied** [3] - 3:5, 3:10, 30:11
**deny** [4] - 32:10, 32:19, 42:7, 42:10
**denying** [1] - 31:15
**department** [1] - 14:1

**deposed** [2] - 30:12, 30:13
**deposition** [2] - 26:20, 28:19
**depositions** [7] - 26:1, 26:8, 26:21, 27:2, 27:5, 27:16, 28:19
**describe** [1] - 35:8
**described** [4] - 34:23, 35:5, 36:19, 37:11
**describing** [1] - 36:20
**description** [1] - 18:24
**descriptions** [3] - 21:8, 21:10, 21:12
**designated** [1] - 22:2
**desktops** [1] - 10:9
**determine** [1] - 15:1
**developed** [2] - 30:1, 31:20
**DI** [1] - 5:19
**difference** [1] - 32:6
**different** [12] - 19:25, 21:1, 21:16, 22:19, 27:2, 34:17, 34:24, 35:20, 35:21, 37:20, 38:9
**direct** [1] - 13:10
**directed** [1] - 15:20
**direction** [4] - 4:14, 10:1, 11:14, 12:9
**disclose** [1] - 35:19
**disclosed** [1] - 34:4
**discloses** [1] - 35:24
**disclosure** [1] - 39:11
**Disclosure** [1] - 33:18
**disconnect** [1] - 11:10
**discovered** [1] - 37:10
**discovery** [24] - 2:25, 3:1, 3:3, 4:3, 4:4, 13:3, 15:2, 18:9, 24:20, 25:15, 26:9, 26:15, 26:17, 27:8, 27:20, 27:24, 27:25, 28:15, 28:16, 28:17, 30:21, 42:13, 43:4, 44:20
**discuss** [7] - 4:1, 8:5, 23:4, 23:5, 23:7, 27:7, 28:5
**discussed** [2] - 4:10, 44:7
**discusses** [1] - 37:5
**discussing** [1] - 15:16
**discussion** [9] - 8:13, 12:14, 12:17, 12:24, 13:9, 23:24, 29:5, 30:2, 34:2
**discussions** [2] - 8:16, 30:7
**dismiss** [10] - 27:21,

28:5, 28:7, 28:12,
29:22, 32:9, 32:11,
32:21, 42:6, 42:11
**dismissal** [1] - 41:13
**dispute** [9] - 3:21, 4:9,
4:12, 4:14, 11:17,
29:12, 43:25, 44:10,
44:14
**disputed** [1] - 23:7
**disputes** [9] - 3:3,
3:11, 3:17, 4:8, 26:9,
26:20, 27:8, 44:7
**disqualify** [2] - 30:1,
30:3
**DISTRICT** [2] - 1:1, 1:2
**district** [1] - 20:9
**District** [2] - 1:14,
44:25
**divvy** [2] - 3:23, 3:25
**doable** [1] - 26:11
**docked** [1] - 10:4
**doctor** [1] - 37:17
**document** [15] -
12:20, 14:8, 18:21,
18:23, 20:17, 20:23,
21:20, 22:13, 22:15,
23:4, 23:5, 25:19,
27:15, 33:16, 37:16
**documents** [42] -
4:16, 4:17, 5:12,
5:15, 5:16, 6:21,
7:14, 7:15, 7:16,
10:11, 10:13, 10:14,
10:25, 11:9, 11:12,
12:20, 13:21, 16:3,
16:11, 16:16, 16:22,
16:24, 17:9, 18:2,
20:19, 21:16, 21:18,
22:2, 22:6, 22:22,
23:2, 23:5, 23:9,
23:10, 23:15, 27:16,
28:18, 33:5, 33:14,
33:17, 36:24
**done** [6] - 8:12, 9:7,
11:14, 11:20, 21:24,
37:25
**down** [1] - 13:7
**dozen** [1] - 3:2
**Dr** [28] - 4:22, 5:10,
5:23, 5:24, 12:11,
13:23, 13:25, 14:12,
15:5, 15:20, 16:5,
16:8, 16:12, 16:25,
17:1, 18:24, 19:22,
19:24, 20:8, 20:13,
20:24, 22:13, 35:3,
37:17, 37:18, 38:6,
41:10
**draft** [1] - 19:21
**drag** [1] - 25:22

**drive** [2] - 10:6, 10:14
**drives** [2] - 8:24, 9:7
**drug** [5] - 32:5, 35:6,
37:11, 37:12, 38:14
**DUNN** [1] - 2:5
**Dunn** [4] - 2:21, 28:2,
29:21, 42:21
**during** [3] - 33:8,
33:11, 37:7
**duty** [3] - 41:20, 42:2,
42:5
**DZWONCZYK** [39] -
1:22, 5:8, 6:3, 6:7,
6:11, 6:22, 7:4, 7:10,
7:16, 7:20, 10:7,
10:19, 11:2, 13:15,
13:25, 14:14, 15:11,
20:23, 21:19, 22:5,
22:11, 24:7, 26:6,
26:19, 26:23, 28:4,
28:17, 29:2, 29:9,
31:1, 31:13, 31:21,
33:2, 38:23, 41:15,
42:24, 43:3, 43:11,
44:4
**Dzwonczyk** [10] -
2:15, 5:8, 13:13,
24:2, 26:4, 30:25,
38:22, 40:13, 40:21,
41:14

## E

**e-mail** [11] - 5:18,
10:22, 12:13, 12:17,
12:24, 13:6, 13:8,
13:9, 13:24, 29:4
**e-mails** [10] - 4:21,
5:24, 6:8, 7:17, 8:4,
8:5, 8:6, 8:10, 12:8,
13:5
**efforts** [1] - 5:4
**eight** [1] - 3:19
**either** [2] - 8:19, 27:11
**electronic** [1] - 4:21
**emphasize** [1] - 12:25
**employee** [1] - 35:3
**employees** [1] - 5:12
**en** [1] - 22:20
**enablement** [1] - 39:1
**end** [11] - 3:3, 9:3,
12:15, 26:2, 26:3,
26:15, 26:17, 27:5,
38:17, 42:14, 43:4
**engaged** [1] - 21:2
**ENGLISH** [1] - 2:3
**English** [1] - 2:19
**enhanced** [1] - 32:17
**ensure** [1] - 15:2
**entity** [2] - 41:18,

41:19
**entries** [4] - 17:5,
17:13, 18:19, 20:7
**entry** [4] - 16:20,
17:19, 19:21
**equitable** [1] - 32:2
**error** [1] - 22:6
**especially** [3] - 14:19,
26:23, 32:24
**ESQ** [7] - 1:19, 1:19,
1:22, 1:22, 2:3, 2:6,
2:6
**Europe** [1] - 26:25
**Eve** [1] - 2:14
**EVE** [1] - 1:19
**evidence** [4] - 5:1,
37:22, 39:4, 43:22
**exact** [1] - 37:6
**exactly** [4] - 11:6,
11:16, 36:20, 40:12
**examiner** [24] - 33:16,
33:21, 34:3, 34:10,
34:14, 34:16, 35:11,
35:13, 35:15, 36:19,
36:22, 37:8, 37:13,
38:9, 39:23, 39:24,
40:1, 40:2, 40:3,
40:5, 40:23, 41:7
**examiner's** [1] - 34:12
**example** [7] - 18:20,
19:8, 19:23, 20:20,
28:20, 33:23
**exception** [2] - 22:16,
22:18
**exchanged** [1] - 21:7
**Exhibit** [7] - 12:23,
13:4, 13:5, 13:24,
18:12, 19:4, 19:7
**exhibit** [1] - 12:22
**exhibits** [2] - 3:14,
12:20
**Exhibits** [1] - 13:6
**exist** [2] - 5:12, 10:15
**expect** [2] - 42:15,
43:23, 44:14
**experts** [1] - 28:23
**explain** [1] - 15:9
**expressly** [1] - 41:4
**extension** [2] - 27:11,
42:15
**extent** [1] - 20:6

## F

**fact** [19] - 3:1, 3:3, 4:4,
10:12, 20:6, 26:15,
26:17, 31:19, 34:15,
36:16, 36:21, 37:22,
38:10, 40:6, 41:5,
41:8, 42:13, 43:4,

44:20
**facts** [3] - 5:3, 34:25,
38:12
**failure** [2] - 4:20,
29:22
**fair** [1] - 26:2
**faithful** [2] - 33:23,
33:24
**faithfully** [1] - 39:25
**false** [1] - 37:21
**far** [3] - 4:22, 36:25,
39:7
**fashion** [1] - 17:7
**FDA** [1] - 38:14
**February** [4] - 5:6,
26:3, 26:10, 29:4
**Federal** [1] - 32:14
**few** [5] - 2:25, 3:15,
24:18, 36:14, 36:18
**fifteen** [2] - 26:8, 44:8
**figure** [2] - 8:6, 16:15
**figured** [1] - 31:12
**file** [6] - 4:21, 5:15,
5:23, 38:13, 38:18,
38:24
**filed** [4] - 4:21, 31:3,
35:5
**filers** [1] - 29:14, 30:9
**files** [5] - 5:17, 5:18,
5:20, 5:21, 5:22
**filing** [1] - 32:13
**final** [1] - 34:8
**finally** [3] - 8:23, 9:13,
42:12
**fingolimod** [2] - 12:15,
31:8
**finished** [1] - 3:1
**first** [19] - 4:3, 4:12,
4:14, 4:15, 5:1, 8:16,
14:13, 16:11, 16:24,
21:6, 21:12, 21:15,
33:5, 33:13, 35:2,
36:23, 37:1, 38:16,
44:10
**fit** [1] - 3:23
**five** [4] - 3:22, 43:8,
44:7, 44:9
**flagged** [1] - 37:8
**focus** [1] - 32:7
**folks** [2] - 8:23, 41:25
**follow** [1] - 41:16
**follow-up** [1] - 41:16
**followed** [1] - 40:1
**following** [1] - 24:9
**FOR** [1] - 1:2
**foregoing** [1] - 44:23
**forever** [1] - 25:22
**form** [3] - 35:6, 37:12,
39:19
**forth** [2] - 12:14, 33:12

**forthcoming** [1] - 5:3
**forty** [1] - 3:14
**forty-one** [1] - 3:14
**forward** [4] - 32:16,
34:20, 42:8, 44:20
**four** [5] - 5:11, 15:14,
15:25, 33:3, 34:17,
34:23
**fourteen** [1] - 26:1
**fourth** [1] - 33:10
**frankly** [2] - 16:1,
18:17
**fraud** [3] - 14:18,
23:12, 38:12
**fraudulent** [1] - 13:1
**Friday** [3] - 4:18,
17:13, 21:25
**friends** [1] - 15:21
**front** [4] - 18:8, 33:16,
39:23, 39:24
**Fujita** [5] - 37:8, 37:9,
37:15, 37:19, 38:1,
39:17, 39:18, 39:24,
40:22, 41:1, 41:4,
41:6
**fully** [2] - 3:9, 18:17
**future** [1] - 44:12

## G

**generic** [5] - 17:6,
29:13, 30:8, 31:6,
31:8
**gentlemen** [1] - 5:21
**Gibbs** [1] - 29:21
**GIBSON** [1] - 2:5
**Gibson** [3] - 2:20,
28:2, 42:21
**Gilenya** [3] - 29:17,
31:5, 31:8
**given** [8] - 7:1, 15:6,
23:20, 24:9, 25:25,
26:6, 26:8, 32:4
**glad** [1] - 35:17
**gold** [1] - 38:17
**grant** [1] - 28:14
**granting** [1] - 42:15
**great** [1] - 41:12
**ground** [1] - 40:22
**group** [5] - 12:10,
16:11, 17:8, 41:24
**grouping** [1] - 17:5
**groups** [3] - 15:24,
34:24, 35:1
**guess** [6] - 6:1, 23:1,
32:22, 42:24, 43:5,
44:17
**guys** [11] - 8:5, 11:24,
18:8, 23:2, 25:22,
25:24, 26:14, 27:7,

4

27:13, 43:10, 44:19

## H

**handled** [1] - 12:11
**hard** [5] - 8:24, 9:7, 10:6, 10:14, 25:12
**Hawkins** [1] - 44:24
**head** [1] - 14:1
**hear** [4] - 5:7, 20:21, 29:18, 32:22
**hearing** [2] - 43:13, 44:18
**heavily** [1] - 23:12
**held** [1] - 20:11
**help** [1] - 17:5
**hereby** [1] - 44:23
**hidden** [1] - 39:13
**hinted** [1] - 26:11
**history** [1] - 35:9
**holiday** [1] - 24:10
**holidays** [2] - 26:1, 26:9
**Honor** [95] - 2:13, 2:18, 4:13, 5:9, 6:3, 6:7, 6:12, 6:23, 7:4, 7:23, 8:11, 8:15, 8:21, 8:23, 9:10, 9:11, 9:19, 9:25, 10:7, 10:16, 11:3, 11:6, 11:20, 11:23, 12:6, 12:24, 13:10, 13:15, 14:1, 14:14, 14:15, 15:11, 15:13, 15:15, 15:19, 16:17, 16:21, 17:11, 17:14, 17:15, 17:16, 17:17, 17:20, 18:1, 18:5, 18:11, 18:12, 18:14, 18:18, 19:4, 19:14, 20:24, 21:20, 22:6, 22:11, 24:1, 24:8, 24:15, 24:20, 25:2, 25:3, 25:16, 25:25, 26:7, 26:11, 26:21, 28:1, 28:4, 28:7, 28:18, 29:3, 29:5, 29:20, 31:2, 31:14, 31:22, 31:24, 33:3, 34:18, 34:19, 34:22, 35:17, 36:13, 36:20, 37:4, 37:5, 38:24, 39:10, 41:12, 41:15, 41:16, 42:20, 43:6, 43:12, 44:5
**Honor's** [4] - 5:19, 10:1, 25:18, 43:3
**HONORABLE** [1] - 1:14
**hoodwinked** [1] -

34:14, 40:5
**hook** [1] - 14:5
**hopefully** [1] - 8:14
**hours** [1] - 3:20
**house** [6] - 16:6, 19:25, 20:2, 20:4, 20:25, 28:20
**hundreds** [1] - 3:14
**hydrochloride** [1] - 34:7

## I

**idea** [4] - 17:22, 17:25, 18:4, 24:22
**ideally** [1] - 6:11
**identification** [1] - 18:22, 19:14
**identified** [3] - 6:22, 26:10, 40:23
**identifies** [1] - 23:9
**identify** [3] - 16:20, 18:24, 23:15
**IDS** [1] - 33:18
**imaged** [2] - 5:22, 5:23
**important** [3] - 3:17, 3:18, 13:2
**impossible** [1] - 42:4
**impression** [1] - 38:9
**IN** [1] - 1:1
**in-house** [6] - 16:6, 19:25, 20:2, 20:4, 20:25, 28:20
**inaccurate** [2] - 37:21, 40:2
**inappropriate** [1] - 36:18
**INC** [1] - 1:3
**include** [2] - 10:17, 32:2
**includes** [1] - 42:25
**including** [2] - 25:19, 37:10
**incomplete** [2] - 39:6, 39:7
**inconsistent** [1] - 6:21
**independent** [2] - 10:20, 33:3
**independently** [1] - 33:4
**India** [2] - 20:8, 26:24
**Indian** [5] - 16:9, 20:11, 22:10, 22:14, 23:13
**indicate** [1] - 12:9
**indirect** [6] - 6:18, 7:8, 27:22, 28:11, 32:16, 32:20
**individual** [2] - 22:22,

42:1
**individuals** [3] - 20:12, 41:25, 42:2
**inequitable** [8] - 28:8, 32:21, 32:25, 33:2, 34:13, 40:15, 41:19, 42:7
**information** [7] - 4:23, 9:12, 9:19, 13:12, 17:18, 28:22, 38:8
**Information** [1] - 33:18
**infringement** [23] - 6:17, 6:18, 7:8, 13:7, 27:21, 27:22, 28:6, 28:11, 29:1, 29:8, 29:10, 29:11, 29:24, 30:6, 30:9, 30:17, 30:18, 32:11, 32:16, 32:20, 35:23, 40:19
**ingredient** [1] - 37:11
**initial** [2] - 9:1, 37:22
**instances** [1] - 38:11
**instead** [1] - 16:22
**instituted** [1] - 36:15
**instituting** [1] - 39:3
**institution** [4] - 36:1, 36:17, 37:4, 38:24
**insufficient** [1] - 21:13
**intentionally** [1] - 33:21
**interested** [1] - 23:13
**international** [1] - 33:6
**International** [1] - 33:15
**interrogatory** [2] - 6:23, 25:7
**intrinsic** [1] - 43:22
**inventor** [4] - 4:22, 6:2, 12:11, 35:4
**inventors** [2] - 9:5, 28:21
**inventorship** [1] - 37:7
**involved** [2] - 15:8, 34:18
**involving** [1] - 26:1
**IP** [2] - 12:10, 14:1
**iPad** [1] - 9:6
**iPads** [5] - 9:17, 9:22, 10:17, 10:20, 10:25
**IPR** [8] - 26:6, 34:2, 36:1, 36:15, 36:17, 37:5, 38:24, 39:3
**ISR** [1] - 33:14
**issuance** [1] - 6:5
**issue** [28] - 4:25, 5:1, 8:7, 8:15, 8:20, 8:22, 9:7, 12:5, 12:7,

12:15, 15:12, 15:14, 15:23, 22:7, 22:9, 23:7, 23:13, 24:14, 32:12, 32:18, 37:6, 40:11, 40:16, 40:21, 41:5, 43:5, 43:15, 44:11
**issued** [2] - 13:16, 36:10
**issues** [19] - 3:7, 3:9, 3:20, 4:3, 15:16, 15:24, 16:23, 24:17, 24:18, 24:19, 24:25, 25:5, 25:19, 26:7, 26:20, 32:20, 43:15, 43:17, 43:19
**issuing** [1] - 36:22
**itself** [3] - 3:13, 22:15, 35:6
**Iyer** [3] - 30:1, 30:12, 30:24
**Iyer's** [1] - 30:15

## J

**JANE** [1] - 2:6
**Jane** [1] - 2:20
**Japanese** [1] - 37:9
**JENKINS** [1] - 1:18
**joined** [1] - 2:20
**joining** [1] - 20:24
**Joyce** [1] - 2:19
**JOYCE** [2] - 2:3, 2:18
**Judge** [4] - 1:14, 9:22, 30:11, 30:14
**judgment** [2] - 28:8, 32:19

## K

**KATZENSTEIN** [1] - 1:18
**keep** [2] - 8:17, 27:9
**keeping** [1] - 21:23
**kept** [1] - 10:12
**key** [1] - 4:21
**kicked** [1] - 15:19
**kind** [2] - 12:1, 19:23
**kindly** [1] - 14:5
**kinds** [1] - 10:6
**King** [1] - 1:12
**knowledge** [8] - 28:25, 29:2, 29:3, 29:6, 29:8, 29:9, 40:19
**known** [1] - 31:15
**knows** [2] - 23:3, 29:5

## L

**lab** [2] - 41:3
**laboratories** [1] - 40:25
**laboratory** [1] - 40:25
**laptops** [3] - 10:9, 10:14, 10:15
**large** [1] - 16:18
**largely** [1] - 33:12
**last** [4] - 5:19, 12:7, 24:4, 33:11
**late** [1] - 29:3
**law** [10] - 11:10, 16:8, 20:8, 20:11, 22:10, 22:14, 23:13, 35:12, 41:18, 41:25
**lawsuit** [1] - 14:24, 30:10
**lawyer** [2] - 20:5, 37:18
**lay** [1] - 41:11
**layers** [1] - 22:20
**lead** [1] - 23:6
**learned** [1] - 9:11
**least** [10] - 4:5, 5:5, 5:11, 10:8, 14:5, 15:4, 16:7, 30:20, 31:18, 33:17
**leave** [1] - 15:1
**leaving** [1] - 14:7
**left** [6] - 5:10, 5:21, 6:9, 30:17, 42:25, 43:7
**legal** [3] - 19:21, 23:11, 23:16
**less** [1] - 3:7
**letter** [7] - 4:20, 9:11, 9:15, 10:8, 23:9, 23:17, 24:1
**letters** [1] - 2:23
**letting** [1] - 32:24
**liable** [1] - 41:19
**license** [4] - 29:12, 30:7, 31:6, 31:16
**limiting** [1] - 8:25
**limits** [2] - 3:12, 3:13
**line** [4] - 2:14, 3:22, 17:16, 38:20
**lines** [1] - 13:21
**lingering** [1] - 26:9
**list** [3] - 17:12, 17:19, 33:16
**listed** [1] - 33:15
**listen** [1] - 26:14
**listing** [1] - 16:18
**literally** [1] - 35:21
**litigating** [1] - 30:13
**litigation** [7] - 4:24,

5:5, 6:10, 6:14, 6:24, 13:8, 29:14
**LLP** [2] - 1:18, 2:3
**located** [2] - 5:24, 7:17
**locations** [1] - 27:2
**log** [22] - 16:1, 17:6, 17:12, 17:16, 17:19, 17:20, 18:13, 18:16, 18:22, 19:2, 19:11, 19:16, 21:6, 21:12, 21:21, 21:25, 22:3, 22:13, 23:9, 23:10
**logged** [1] - 17:7
**logs** [2] - 19:15, 21:6
**look** [13] - 7:24, 8:2, 11:15, 13:11, 14:16, 14:20, 17:5, 17:7, 18:2, 21:12, 35:12, 36:7, 43:20
**looked** [6] - 9:4, 9:12, 10:6, 13:20, 21:20, 29:10
**looking** [4] - 4:17, 19:3, 25:24, 44:6
**loses** [1] - 3:24
**lost** [1] - 4:23
**LOVE** [1] - 2:6
**Love** [1] - 2:20
**lucky** [1] - 43:11

## M

**mail** [11] - 5:18, 10:22, 12:13, 12:17, 12:24, 13:6, 13:8, 13:9, 13:24, 29:4
**mails** [10] - 4:21, 5:24, 6:8, 7:17, 8:4, 8:5, 8:6, 8:10, 12:8, 13:5
**main** [3] - 12:22, 24:16, 35:1
**management** [1] - 12:10
**manner** [1] - 3:8
**March** [7] - 6:4, 26:21, 27:6, 27:11, 29:6, 42:14, 43:4
**market** [1] - 31:5
**Markman** [1] - 44:18
**MARYELLEN** [1] - 1:14
**masse** [1] - 22:20
**master** [7] - 3:5, 18:4, 18:6, 18:8, 18:9, 27:8, 30:14
**matches** [1] - 41:23
**materials** [3] - 12:13, 17:14, 17:15
**matter** [2] - 10:12,

31:9
**matters** [1] - 24:20
**McCarter** [2] - 2:3, 2:19
**mean** [3] - 27:6, 35:10, 35:11
**means** [1] - 24:21
**media** [7] - 8:24, 9:6, 10:10, 10:16, 11:8, 11:9, 11:12
**meet** [1] - 36:9
**member** [2] - 16:8, 20:9
**members** [1] - 20:13
**mentioned** [2] - 10:18, 13:22
**merits** [2] - 38:25, 39:3
**method** [1] - 18:18
**methods** [1] - 37:12
**MICHAEL** [1] - 1:22
**might** [6] - 8:15, 10:5, 14:13, 16:22, 25:23, 44:11
**Mike** [2] - 2:14, 5:8
**mind** [1] - 8:17
**mine** [1] - 22:6
**minute** [1] - 26:14
**minutes** [4] - 3:22, 44:8, 44:10, 44:13
**MION** [1] - 1:21
**Mion** [2] - 2:15
**misaligned** [1] - 38:8
**mischaracterization** [1] - 34:1
**mischaracterized** [1] - 36:3
**misconduct** [1] - 40:16
**misdescribed** [1] - 36:3
**misdescription** [1] - 39:8
**misleading** [1] - 35:9
**misled** [2] - 33:21, 35:1
**misnamed** [1] - 40:7
**misread** [1] - 33:23
**misrepresentation** [9] - 36:7, 36:10, 36:12, 36:14, 37:1, 37:7, 37:24, 39:8, 40:23
**misrepresented** [1] - 35:13, 35:16, 41:10
**missed** [1] - 35:15
**missing** [2] - 33:1, 43:10
**mistake** [1] - 21:19
**mixes** [1] - 41:23
**mixture** [1] - 38:4,

38:5, 41:8
**Monday** [1] - 1:9
**months** [2] - 9:13
**morning** [5] - 2:11, 2:13, 2:17, 2:18, 2:22
**most** [2] - 16:7, 21:22
**motion** [28] - 27:21, 27:23, 28:2, 28:5, 28:7, 28:8, 28:10, 28:12, 28:14, 30:1, 30:11, 30:17, 31:2, 32:9, 32:11, 32:19, 32:21, 33:4, 33:14, 33:22, 39:15, 40:7, 41:17, 42:6, 42:11, 42:12
**motions** [2] - 4:2, 29:25
**move** [3] - 12:17, 30:3, 44:20
**moved** [1] - 29:21
**moving** [2] - 12:23, 39:16
**MR** [75] - 4:13, 5:8, 6:3, 6:7, 6:11, 6:22, 7:4, 7:10, 7:16, 7:20, 8:11, 8:21, 9:10, 9:18, 9:25, 10:7, 10:19, 11:2, 11:6, 11:20, 12:6, 12:22, 13:15, 13:25, 14:14, 14:15, 15:11, 15:13, 15:15, 16:17, 17:11, 18:4, 18:11, 18:16, 19:3, 19:7, 19:13, 19:20, 20:23, 21:19, 22:5, 22:11, 23:25, 24:7, 24:15, 25:1, 25:7, 25:16, 25:25, 26:6, 26:19, 26:23, 28:1, 28:4, 28:17, 29:2, 29:9, 29:20, 31:1, 31:13, 31:21, 31:24, 33:2, 34:22, 35:17, 36:13, 38:23, 40:12, 41:15, 42:20, 42:24, 43:3, 43:11, 44:2, 44:4
**MS** [2] - 2:13, 2:18
**multiple** [2] - 21:5, 38:16
**must** [3] - 23:4, 23:5, 42:14
**Mutz** [16] - 33:9, 35:3, 35:6, 35:8, 35:11, 35:18, 35:21, 35:23, 36:3, 36:19, 39:2, 39:5, 39:11, 39:13
**mystery** [1] - 39:14

## N

**named** [2] - 16:5, 40:8
**narrow** [1] - 43:10
**national** [1] - 20:15
**nature** [2] - 11:22, 39:4
**NEAL** [1] - 1:19
**Neal** [1] - 2:16
**need** [21] - 3:18, 5:20, 7:19, 8:5, 10:6, 12:3, 17:7, 17:9, 23:23, 24:3, 24:5, 25:14, 25:20, 27:13, 27:23, 28:15, 30:20, 35:14, 38:3, 44:19
**needs** [2] - 14:4, 14:8
**neighborhood** [1] - 16:2
**network** [3] - 5:17, 8:25, 10:23
**never** [3] - 11:13, 39:12, 40:3
**nevertheless** [1] - 5:13
**new** [4] - 17:12, 17:16, 17:20, 19:11
**next** [3] - 7:22, 19:16, 24:8
**nice** [1] - 17:8
**none** [1] - 13:19
**NOREIKA** [1] - 1:14
**note** [1] - 5:19
**noted** [1] - 35:6
**notes** [2] - 41:3, 44:23
**nothing** [8] - 14:10, 14:21, 14:24, 25:1, 27:1, 43:5, 44:3, 44:4
**notice** [10] - 6:6, 6:16, 6:17, 7:3, 7:4, 7:7, 29:15, 29:24, 30:5, 30:16
**Novartis** [24] - 2:19, 3:12, 4:14, 4:24, 5:5, 5:11, 6:5, 6:13, 6:25, 7:5, 11:24, 27:14, 28:21, 30:2, 30:5, 30:8, 30:16, 31:5, 35:3, 39:20, 40:4, 41:23, 44:2, 44:9
**NOVARTIS** [1] - 1:6
**Novartis'** [3] - 3:9, 22:21, 34:13
**November** [5] - 1:9, 6:24, 9:11, 9:15, 11:9
**number** [5] - 5:14, 12:5, 16:2, 16:18, 18:22, 19:11, 21:17,

21:21, 21:24, 22:3, 22:13, 22:14, 22:17, 37:9
**numbers** [2] - 19:15, 22:1

## O

**objected** [1] - 21:7
**obligation** [1] - 6:20
**obligations** [1] - 15:18
**obvious** [1] - 15:4
**obviously** [2] - 8:15, 25:17
**October** [2] - 10:8, 11:7
**OF** [1] - 1:2
**offer** [1] - 30:7
**offered** [1] - 29:12
**office** [1] - 2:16
**Office** [13] - 13:1, 36:2, 36:4, 36:5, 36:7, 36:11, 36:13, 36:21, 37:19, 38:12, 39:11, 40:24, 42:5
**Official** [1] - 44:25
**omission** [1] - 37:2
**omissions** [1] - 34:25
**once** [1] - 30:12
**one** [21] - 2:25, 3:14, 12:8, 12:23, 13:5, 13:6, 18:13, 18:14, 18:20, 19:15, 20:19, 22:13, 28:21, 31:1, 31:5, 34:9, 34:15, 39:14, 40:9, 43:11
**open** [2] - 6:12, 42:8
**opposed** [1] - 33:13
**opposite** [1] - 30:10
**opposition** [1] - 31:2
**oral** [1] - 38:16
**order** [7] - 5:19, 18:17, 25:14, 30:22, 38:4, 38:19, 41:1
**organization** [1] - 18:18
**organized** [1] - 18:17
**original** [1] - 22:1
**originally** [1] - 22:2
**ORMEROD** [2] - 1:19, 2:13
**Ormerod** [1] - 2:14
**outcome** [1] - 42:18
**output** [1] - 41:6
**outside** [2] - 20:25, 21:3
**owe** [2] - 41:20, 42:2
**owed** [1] - 42:5
**own** [1] - 5:6

## P

**p.m** [1] - 44:22
**page** [5] - 3:12, 18:21, 23:8, 36:4
**pages** [3] - 3:15, 12:19, 37:4
**papers** [2] - 12:2, 23:19
**paragraph** [2] - 20:10, 31:4
**parent** [2] - 40:17, 40:19
**part** [3] - 10:25, 37:16, 40:17
**particular** [3] - 12:9, 18:22, 20:23
**particulars** [1] - 21:1
**parties** [10] - 2:24, 3:10, 40:7, 40:8, 40:11, 40:13, 41:17, 42:16, 42:17, 44:14
**past** [1] - 5:12
**Patent** [13] - 13:1, 36:2, 36:3, 36:5, 36:7, 36:11, 36:13, 36:21, 37:19, 38:12, 39:10, 40:24, 42:5
**patent** [36] - 2:25, 4:22, 6:2, 6:5, 6:16, 7:5, 12:11, 13:1, 13:10, 16:6, 19:22, 20:16, 29:2, 29:3, 29:7, 29:10, 29:13, 29:16, 29:24, 30:8, 31:6, 31:8, 31:16, 32:2, 34:3, 35:4, 35:20, 35:22, 36:10, 36:12, 36:22, 38:14, 38:18, 40:19, 41:3
**patents** [2] - 7:3, 28:25
**pattern** [2] - 41:9
**PDF** [1] - 18:21
**pending** [2] - 4:2, 42:18
**people** [4] - 10:24, 23:21, 25:23, 37:10
**per** [2] - 44:10, 44:13
**perhaps** [2] - 15:7, 33:9
**period** [1] - 3:1
**permits** [1] - 22:18
**person** [4] - 16:6, 27:7, 29:5, 30:2
**personnel** [1] - 16:25
**petition** [1] - 38:25
**PHARMA** [1] - 1:3
**PHARMACEUTICAL S** [1] - 1:6

**phases** [1] - 42:22
**phone** [2] - 15:6, 17:25
**phones** [1] - 13:16
**physical** [8] - 8:24, 9:4, 9:6, 10:9, 10:16, 11:8, 11:9, 11:12
**picked** [1] - 10:22
**pierce** [1] - 22:18
**places** [1] - 5:23
**plain** [1] - 31:7
**plaintiff** [1] - 2:14
**Plaintiff** [2] - 1:4, 1:24
**plan** [2] - 27:6, 27:11
**planning** [1] - 17:23
**platform** [1] - 13:18
**platforms** [1] - 13:20
**play** [2] - 8:16, 23:20
**plead** [1] - 29:23
**pleading** [2] - 42:3, 42:10
**pleadings** [2] - 28:9, 31:17
**pled** [2] - 31:7, 39:15
**PLLC** [1] - 1:21
**point** [13] - 4:4, 11:24, 19:24, 21:5, 23:12, 35:1, 36:1, 37:3, 39:16, 39:22, 40:21, 41:17, 42:10
**points** [1] - 38:23
**policy** [1] - 13:17
**polymorph** [6] - 32:5, 35:19, 35:21, 35:24, 38:4, 41:8
**polymorphic** [1] - 35:5
**polymorphs** [2] - 34:4, 34:6
**portion** [1] - 38:7
**portrayed** [1] - 41:7
**position** [3] - 14:16, 32:4, 34:2
**positions** [3] - 3:25, 7:25, 42:17
**possible** [1] - 20:3
**possibly** [2] - 20:19, 28:21
**post** [3] - 29:1, 32:15, 32:16
**post-suit** [3] - 29:1, 32:15, 32:16
**pot** [1] - 38:17
**potential** [1] - 6:10
**practice** [1] - 14:19
**pre** [1] - 29:1
**pre-suit** [1] - 29:1
**precisely** [2] - 30:3, 34:4

**prejudice** [1] - 30:12
**preliminary** [1] - 39:1
**present** [1] - 17:20
**preservation** [5] - 4:25, 8:13, 15:18, 15:23
**preserve** [4] - 5:4, 6:20, 15:19, 24:22
**preserved** [1] - 6:9
**preserving** [1] - 7:13
**press** [1] - 7:21
**pressed** [1] - 6:25
**presumably** [1] - 6:17
**pretty** [3] - 12:25, 13:2, 15:4
**prevail** [1] - 42:9
**privilege** [22] - 16:1, 16:4, 16:10, 16:12, 18:13, 18:23, 18:24, 19:2, 19:7, 20:4, 20:12, 21:4, 21:6, 21:8, 21:9, 21:21, 22:9, 22:10, 22:14, 22:19, 22:21
**privileged** [5] - 16:4, 20:19, 21:22, 21:23, 23:3
**pro** [1] - 16:7
**problem** [7] - 11:7, 11:13, 11:16, 11:22, 19:13, 21:15, 23:3
**problems** [2] - 11:23, 15:2
**proceed** [2] - 10:2, 25:17
**proceeding** [2] - 42:18, 44:23
**process** [2] - 30:13, 39:18
**produce** [5] - 4:20, 10:10, 13:12, 37:14, 37:15
**produced** [11] - 5:16, 5:17, 5:20, 5:24, 6:9, 9:1, 9:2, 11:9, 11:13, 17:19, 21:23
**produces** [1] - 37:19
**product** [5] - 12:15, 22:18, 29:17, 31:14, 39:19
**production** [8] - 4:15, 9:1, 9:2, 11:12, 12:7, 25:19, 36:25, 37:23
**professional** [1] - 3:8
**progress** [1] - 4:16
**projects** [1] - 13:7
**promised** [1] - 25:9
**properly** [1] - 39:15
**property** [1] - 19:22
**proposal** [1] - 17:17

**prosecuted** [1] - 16:6
**prosecuting** [1] - 35:20
**prosecution** [5] - 33:8, 33:11, 33:15, 35:9, 37:7
**PTAB** [7] - 39:2, 42:18, 43:15, 43:16, 43:20, 43:23
**publication** [1] - 37:9
**published** [2] - 34:6, 35:3
**purported** [1] - 37:15
**purportedly** [1] - 3:2
**purporting** [1] - 37:25
**pursue** [1] - 30:8
**pursuing** [1] - 13:2
**put** [3] - 29:15, 31:2, 33:7
**putting** [1] - 12:13

## Q

**QT** [1] - 33:25
**quality** [1] - 39:4
**questioned** [1] - 23:11
**questioning** [1] - 23:16
**questions** [1] - 41:17
**quite** [2] - 6:25, 39:10

## R

**rainbow** [1] - 38:18
**raise** [1] - 4:9
**raised** [4] - 4:10, 19:17, 24:24, 41:16
**RAJA** [1] - 1:22
**Raja** [1] - 2:15
**rather** [3] - 8:24, 21:23, 22:22
**read** [3] - 35:11, 35:13, 36:8
**reading** [1] - 12:2
**realize** [1] - 24:3
**really** [10] - 4:15, 9:20, 15:6, 17:22, 22:19, 22:25, 25:12, 34:9, 34:17, 34:23
**reason** [1] - 14:17
**reasonable** [6] - 2:24, 3:24, 11:25, 12:3, 25:23, 27:14
**reasons** [2] - 38:3, 40:7
**received** [4] - 2:23, 17:12, 17:13, 36:25
**recipe** [5] - 37:15, 38:1, 41:4
**recipes** [1] - 37:12

**recognize** [1] - 22:14
**recognized** [1] - 22:10
**record** [1] - 29:25
**records** [1] - 9:4
**recreate** [3] - 37:15, 38:1, 41:1
**recreation** [2] - 41:4, 41:6
**refer** [1] - 3:4
**reference** [11] - 33:9, 33:23, 33:25, 35:2, 35:13, 37:8, 39:2, 39:17, 39:24, 40:22
**referenced** [1] - 22:23
**referral** [1] - 3:6
**referring** [2] - 5:9, 40:13
**refusing** [1] - 31:15
**regard** [3] - 32:12, 33:19, 34:8
**regarding** [1] - 19:22
**rejected** [3] - 34:10, 39:12, 40:24
**rejection** [3] - 38:7, 39:18, 40:1
**relate** [2] - 15:25, 16:24
**related** [3] - 14:24, 15:16, 32:1
**relates** [2] - 12:8, 12:23
**relating** [1] - 15:17
**relevant** [1] - 13:11
**reliance** [3] - 30:15, 30:23, 41:5
**relief** [1] - 17:9
**rely** [9] - 6:19, 7:2, 7:6, 7:11, 16:3, 23:12, 41:1, 41:2, 41:4
**relying** [5] - 6:6, 6:16, 12:21, 20:7, 36:22
**remain** [2] - 16:9, 43:20
**remaining** [1] - 3:21
**remains** [1] - 43:13
**remember** [1] - 31:4
**removing** [1] - 22:5
**renewal** [1] - 30:12
**renumber** [1] - 21:17
**repeatedly** [1] - 41:22
**replicated** [1] - 39:18
**replication** [4] - 33:21, 33:22, 39:17, 39:21
**report** [1] - 33:6
**Report** [1] - 33:15
**Reporter** [1] - 44:25
**reports** [1] - 41:2
**representation** [1] - 36:16

**reproduction** [1] - 33:24
**request** [8] - 3:5, 3:9, 4:2, 5:3, 9:18, 14:20, 15:4, 26:9
**requests** [1] - 27:3
**require** [1] - 14:23
**resolution** [1] - 17:20
**resolvable** [1] - 3:11
**resolve** [3] - 3:7, 3:11, 25:19
**resolving** [1] - 26:20
**respect** [11] - 4:25, 8:10, 15:20, 15:21, 16:10, 28:9, 35:2, 37:6, 40:16, 40:21, 44:12
**respond** [4] - 23:18, 24:3, 24:4, 24:6
**responded** [1] - 39:22
**response** [7] - 6:23, 19:17, 27:23, 28:13, 38:7, 39:1, 39:17
**responses** [1] - 25:8
**responsible** [1] - 41:23
**responsive** [5] - 10:11, 10:13, 13:21, 14:21, 21:22
**rest** [1] - 4:5
**restored** [1] - 22:1
**restraint** [1] - 18:7
**result** [2] - 3:7, 32:17
**results** [1] - 35:9
**rethink** [1] - 4:6
**revise** [1] - 21:11
**revised** [4] - 17:12, 21:9, 21:15
**reward** [1] - 3:6
**risk** [3] - 3:19, 27:17, 44:13
**ROBERT** [1] - 2:6
**Robert** [5] - 2:20, 4:13, 28:1, 29:20, 42:20, 44:2
**Robinson** [2] - 30:11, 30:14
**rows** [1] - 38:8
**ruin** [1] - 24:12
**Rule** [1] - 30:19
**rules** [1] - 30:22
**ruling** [1] - 43:4
**run** [2] - 27:17, 27:18
**rushed** [1] - 38:18

**S**

**Saliba** [1] - 2:15
**SALIBA** [1] - 1:22
**saturated** [1] - 7:16

**saw** [1] - 38:17
**schedule** [1] - 23:20
**scheduled** [1] - 43:13
**scheduling** [2] - 27:5, 27:16
**science** [1] - 31:9
**scienter** [2] - 35:1, 39:7
**scientist** [1] - 13:9
**scientists** [2] - 12:12, 12:16
**sclerosis** [1] - 38:17
**se** [1] - 16:7
**search** [6] - 5:13, 10:15, 10:20, 10:22, 13:11, 33:6
**Search** [1] - 33:15
**searched** [4] - 8:24, 9:6, 10:8, 11:8
**searches** [1] - 8:25
**second** [11] - 6:15, 8:20, 8:21, 16:21, 18:14, 33:6, 37:3, 37:6, 39:16, 40:22
**Section** [2] - 34:10, 41:21
**see** [16] - 3:23, 6:18, 7:21, 10:14, 14:8, 17:9, 18:19, 18:23, 18:25, 19:20, 19:21, 21:13, 23:1, 23:18, 24:7
**seem** [1] - 43:21
**selection** [2] - 4:15, 12:7
**self** [1] - 14:19
**send** [1] - 23:10
**sense** [1] - 4:3
**sent** [3] - 7:4, 20:2, 29:4
**September** [2] - 19:3, 21:7
**serious** [1] - 12:25
**server** [1] - 10:21
**servers** [2] - 10:23, 11:1
**set** [1] - 33:12
**setting** [1] - 25:21
**several** [2] - 16:9, 34:25
**shared** [2] - 14:4, 14:10
**Shilpa** [50] - 2:14, 4:24, 5:5, 5:7, 5:9, 6:4, 6:13, 6:24, 8:23, 10:5, 12:10, 12:12, 13:10, 16:1, 16:2, 16:7, 16:25, 17:1, 18:12, 18:21, 19:2, 19:7, 19:10, 19:11,

19:12, 19:25, 20:3, 20:5, 20:7, 20:15, 20:21, 20:25, 23:17, 30:4, 30:10, 30:15, 32:12, 32:22, 35:5, 35:6, 36:16, 36:19, 37:1, 37:13, 37:14, 38:24, 39:12, 41:25, 44:4, 44:9
**SHILPA** [1] - 1:3
**Shilpa's** [5] - 16:6, 29:16, 32:1, 32:4, 41:4
**Shire** [1] - 20:11
**short** [1] - 24:8
**show** [3] - 31:11, 32:13, 39:6
**showing** [1] - 36:9
**shown** [2] - 18:7, 25:22
**Shrawat** [7] - 4:22, 5:10, 7:17, 12:11, 15:20, 37:17, 41:24
**Shrawat's** [1] - 5:24
**side** [3] - 4:17, 4:19, 15:22
**sight** [1] - 3:3
**significance** [1] - 34:15
**similar** [1] - 20:19
**simple** [1] - 31:7
**simply** [2] - 3:6, 41:18
**Singh** [6] - 13:23, 13:25, 14:6, 14:12, 15:5
**single** [1] - 41:7
**sit** [1] - 16:15
**sixteen** [1] - 26:8
**sixth** [1] - 24:14
**slice** [1] - 15:25
**small** [1] - 24:19
**SMITH** [1] - 1:18
**sole** [1] - 30:4
**sorry** [3] - 28:4, 28:5, 28:12
**sort** [3] - 22:12, 22:20, 41:23
**special** [7] - 3:5, 18:4, 18:6, 18:8, 18:9, 27:8, 30:14
**specific** [2] - 14:15, 17:19
**specifically** [3] - 23:4, 23:6, 31:5
**specification** [2] - 35:7, 35:8
**specifics** [1] - 16:14
**spending** [1] - 18:8
**spoliation** [4] - 4:25, 8:7, 8:13, 15:23

**SRPD** [1] - 41:9
**stage** [1] - 20:15
**stand** [1] - 30:19
**start** [9] - 3:4, 4:8, 11:25, 27:4, 27:10, 27:13, 27:14, 27:15, 44:14
**started** [1] - 16:12
**statement** [3] - 11:10, 39:5
**Statement** [1] - 33:18
**statements** [1] - 39:12
**STATES** [1] - 1:1
**States** [2] - 1:14, 22:16
**status** [2] - 18:13, 20:8
**stay** [9] - 4:2, 4:4, 4:5, 26:12, 26:13, 42:13, 42:17, 43:5, 43:24
**stayed** [2] - 40:14, 40:15, 42:22
**staying** [1] - 26:15
**stenographic** [1] - 44:23
**steps** [1] - 39:25
**still** [9] - 4:19, 5:13, 11:18, 22:3, 27:23, 30:20, 34:7, 39:14, 43:12
**store** [1] - 10:24
**Street** [1] - 1:12
**stretches** [1] - 38:21
**stuff** [2] - 8:24, 24:4
**subject** [2] - 25:17, 28:22
**submission** [1] - 41:11
**submit** [2] - 17:17, 23:8
**submitted** [16] - 17:15, 17:16, 18:14, 20:15, 21:6, 21:9, 21:25, 24:3, 24:19, 28:2, 28:3, 33:16, 33:17, 37:5, 37:16, 38:6
**submitting** [1] - 3:13
**subsequent** [1] - 29:5
**subsidiary** [2] - 40:17, 40:20
**substantial** [1] - 42:15
**substantive** [1] - 38:25
**successful** [1] - 22:17
**sudden** [2] - 11:8, 11:11
**sufficient** [1] - 29:15
**suggested** [2] - 34:10, 34:16

**suggestion** [1] - 34:12
**Sughrue** [1] - 2:15
**SUGHRUE** [1] - 1:21
**suit** [4] - 29:1, 32:15, 32:16
**supports** [1] - 36:19
**suppose** [1] - 40:17
**supposed** [3] - 3:1, 9:2, 22:8
**supposedly** [1] - 30:5
**suspect** [2] - 6:11, 26:24
**systems** [1] - 10:13

**T**

**table** [1] - 15:23
**tape** [1] - 7:17
**tapes** [2] - 7:15
**technical** [1] - 28:22
**Teleconference** [2] - 1:10, 44:22
**telephone** [1] - 27:6
**temperature** [2] - 38:2, 38:3
**ten** [4] - 3:20, 3:22, 44:9, 44:13
**terms** [7] - 22:5, 24:20, 33:13, 39:13, 43:8, 43:12, 43:24
**tests** [1] - 12:8
**text** [2] - 12:24, 13:18
**Thanksgiving** [3] - 24:10, 24:12, 24:13
**THE** [77] - 1:1, 1:2, 1:14, 2:11, 2:17, 2:22, 5:7, 6:1, 6:4, 6:8, 6:15, 7:2, 7:6, 7:12, 7:19, 7:24, 8:17, 9:8, 9:14, 9:20, 10:3, 10:17, 10:24, 11:4, 11:18, 11:24, 12:19, 13:13, 13:23, 14:2, 14:23, 15:12, 15:14, 16:14, 17:4, 17:22, 18:6, 18:15, 19:1, 19:6, 19:10, 19:19, 20:21, 21:11, 22:4, 22:7, 22:25, 24:2, 24:11, 24:21, 25:5, 25:11, 25:20, 26:4, 26:13, 26:22, 27:4, 28:10, 28:24, 29:8, 29:18, 30:25, 31:11, 31:18, 31:23, 32:10, 34:21, 35:10, 36:5, 38:22, 40:10, 41:14, 42:6, 43:2, 43:7, 43:18, 44:6
**themselves** [2] -

14:21, 29:13
**therefore** [1] - 41:8
**thermally** [1] - 34:5
**third** [2] - 21:25, 33:8
**thirty** [1] - 23:8
**thirty-page** [1] - 23:8
**thousand** [2] - 16:3, 16:21
**threat** [1] - 30:10
**threatened** [3] - 4:24, 5:5, 6:13
**three** [7] - 12:5, 15:12, 15:24, 16:2, 22:17, 22:19, 24:16
**throughout** [2] - 35:8, 41:22
**thwart** [1] - 3:13
**ticking** [1] - 8:18
**today** [4] - 2:16, 4:9, 4:10, 17:21
**took** [2] - 21:24, 39:25
**top** [3] - 20:6, 38:5, 41:10
**touch** [1] - 22:15
**touched** [1] - 24:17
**touches** [1] - 20:17
**towards** [1] - 35:1
**trace** [1] - 19:15
**track** [1] - 27:9
**traction** [1] - 34:20
**transcript** [1] - 44:23
**transitioned** [1] - 34:5
**treated** [1] - 40:18
**treatment** [1] - 38:16
TRENCHARD [38] -
2:6, 4:13, 8:11, 8:21, 9:10, 9:18, 9:25, 11:6, 11:20, 12:6, 12:22, 14:15, 15:13, 15:15, 16:17, 17:11, 18:4, 18:11, 18:16, 19:3, 19:7, 19:13, 19:20, 23:25, 24:15, 25:1, 25:7, 25:16, 25:25, 28:1, 29:20, 31:24, 34:22, 35:17, 36:13, 40:12, 42:20, 44:2
**Trenchard** [12] - 2:20, 4:13, 5:18, 13:22, 22:23, 28:2, 29:21, 34:21, 40:10, 41:16, 42:21, 44:2
**Trenchard's** [2] - 21:5, 39:16
**trial** [11] - 3:17, 3:19, 3:21, 3:22, 8:17, 8:19, 10:4, 23:6, 44:8, 44:12, 44:13
**true** [4] - 31:9, 31:10,

34:7, 44:23
**try** [3] - 3:20, 5:14, 25:12
**trying** [3] - 7:25, 24:22, 38:19
**Tuesday** [1] - 24:11
**turn** [1] - 35:22
**twist** [1] - 38:20
**two** [12] - 6:23, 7:22, 9:5, 15:15, 15:24, 22:15, 22:17, 34:24, 35:1, 38:11, 43:13, 44:18
**type** [1] - 19:8

## U

**U.S** [3] - 20:15, 20:18, 44:25
**ultimately** [2] - 30:11, 42:9
**unable** [1] - 3:10
**under** [11] - 6:20, 22:10, 29:13, 29:21, 30:17, 30:19, 31:16, 34:10, 36:1, 38:25, 41:20
**understood** [4] - 10:1, 12:6, 17:11, 18:11
**unfair** [1] - 32:3
**unfaithful** [1] - 39:21
**unfortunately** [1] - 18:16
**UNITED** [1] - 1:1
**United** [2] - 1:14, 22:16
**unlikely** [1] - 32:17
**unreasonable** [3] - 3:6, 3:10, 4:6
**unrelated** [1] - 33:11
**up** [14] - 3:23, 5:22, 9:16, 10:22, 15:25, 17:16, 18:10, 25:20, 29:12, 30:19, 41:16, 44:12, 44:15
**upend** [1] - 3:12

## V

**various** [1] - 38:8
**version** [3] - 16:1, 21:25, 31:6
**view** [3] - 29:15, 29:16, 34:24
**Visas** [1] - 27:1

## W

**Waibel** [3] - 28:20, 30:13, 30:24

**wait** [6] - 6:15, 9:14, 23:20
**wasting** [1] - 17:24
**week** [6] - 7:22, 24:1, 24:7, 24:8, 24:9
**weeks** [4] - 36:15, 36:18, 43:14, 44:18
**WhatsApp** [13] - 12:18, 13:11, 13:13, 13:18, 14:4, 14:5, 14:7, 14:10, 14:17, 14:20, 14:24, 15:3, 15:21
**whole** [2] - 9:2, 28:10
**wholly** [1] - 4:10
**willful** [6] - 27:21, 28:6, 29:23, 30:18, 32:11, 32:20
**willfulness** [7] - 6:17, 7:8, 28:9, 28:11, 29:22, 32:15, 32:17
**Wilmington** [1] - 1:12
**wins** [1] - 3:24
**withdrawn** [1] - 30:23
**withdrew** [1] - 21:21
**witness** [4] - 4:21, 5:9, 30:4, 33:7
**witnesses** [4] - 26:2, 26:23, 26:24, 26:25
**words** [2] - 31:17, 39:20
**world** [1] - 21:16
**writing** [1] - 13:7
**wrote** [1] - 13:24

## Y

**year** [3] - 5:11, 5:19, 31:3
**years** [4] - 20:14, 35:19, 36:21, 38:21