# EXHIBIT K

**S/N 13/635,207**                                                            **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventors: Vimal Kumar Shrawat et al.              Examiner: Brooks, Clinton A
Serial No.:  13/635,207                                   Group Art Unit: 1671
Filed:  September 17, 2013                              Confirmation No.: 3019
Title:        FINGOLIMOD POLYMORPHS AND THEIR PROCESSES

### Declaration by Dr. Vimal Kumar Shrawat, Ph.D. Under 37 CFR §1.132

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir,

I, Dr. Vimal Kumar Shrawat, Ph.D., currently residing in Raichur, India, hereby declare the following:

I received a Ph.D. in Synthetic Organic Chemistry from the from Center of Advance studies, Department of Chemistry, Delhi University located in Delhi, India. Currently I hold the position of Chief Operating Officer (COO); Corporate Operations, Shilpa Medicare Limited in Raichur, India. I have worked in the field of Synthetic Organic Chemistry for more than 30 years, including the research carried out as part of my graduate work. Through my education and experience I have a very good knowledge of Synthetic Organic Chemistry theory and practice, particularly as applied to the optimization and parameterization of small molecule synthesis and crystallization processes.

I am an inventor of the US patent application 13/635,027. I am accordingly familiar with the subject matter of this application.

During prosecution of the US patent application No. 13/635,027. We conducted experiment to repeat the procedure as disclosed in Page 2953 of Kiuchi et al.

The work done to repeat this experiment was carried out either by me or under my supervision. This experiment was carried out so as to faithfully reproduce the experiment as disclosed above. A copy of the experimental procedure for repetition Kiuchi et al process as disclosed in Page 2953 is submitted as Exhibit – A

A copy of a side by side XRPD's showing the powder X-ray diffractogram of Kiuchi et al. and Form β of the present invention is attached hereto as Exhibit B. I believe that the powder X-ray diffraction analysis of the products obtained by reproducing the process disclosed in Kiuchi et al using ethanol and ethyl acetate in a ratio of 1:1 show that neither of the product obtained in that experiment corresponds to the crystal form recited in the claims of the present invention.

I, Dr. Vimal Kumar Shrawat, Ph.D, declare under penalty of perjury that the above statements are true and correct to the best of my knowledge, information, and belief. I understand that willful false statements and the like are punishable by fine or imprisonment or both (18 U.S.C. 1001) and may jeopardize the validity of the application or any patent issuing thereon.

Dated: 14|05|2015

_____
Dr. Vimal Kumar Shrawat

**Exhibit A**: A copy of the experimental procedure for repetition of Kiuchi et al process as disclosed in Page 2953.



Innovating for
affordable healthcare

Confidential Document

**Experiment Reference Number: RR/FM-III/03/01/15**          Date: April 04, 2015

**Objective:** To conduct experiment in view of our US patent application (US 2013/0281739) prosecution with respect to requirement of requirement of PXRD comparison with respect to SML patented process (As per instruction received from IPM department)

**Process Reference:** Preparation of Fingolimod Hydrochloride as disclosed in Page 2953 (Paragraph 1) Journal of Medicinal Chemistry 2000, vol.43.No.15 2953

| S.No | Name of Raw Material | Quantity |
|------|---------------------|----------|
| 1 | 2-Acetamido-2{2-(4-octylphenyl)ethyl]propane-1,3-diol diacetate (FM-I) | 10.0 gm |
| 2 | Methanol | 122.0 ml |
| 3 | 2N LiOH | 97.56ml |
| 4 | Ethyl acetate | 100.0 ml÷100.0 ml + 6 ml |
| 5 | Saturated-Sodium chloride Solution | 50 .0 ml |
| 6 | Sodium sulfate | 10.0 gm |
| 7 | 1N Hydrochloric acid + ether | 7.15 ml +7.15 ml |
| 8 | Ethanol | 14.3 ml + 6 ml |

**Operations:**

1. In a three necked RB flask ,charged FM-1(10.0g), Methanol  (122.0 ml)and stir at room temperature for 15-30 min to get the clear solution
2. Add 2N LiOH (97.56) ml at room temperature and slowly raised the temperature to reflux and maintained for two hours.
3. Recover the methanol completely at 45-50°C and extracted with ethyl acetate (2 X 100.0 ml).
4. Combined the ethyl acetate layer and washed with brine solution (50.0 ml)
5. Finally dried over anhydrous sodium sulfate and recovered the ethyl acetate completely to get the residue.
6. The residue obtained (2.0gram) was converted in to hydrochloride salt by treatment with ethanol (14.3 ml) and 1N HCL solution in ether(14.3 ml)
7. Recrystallized from   Ethyl acetate (6 ml)/ethanol (6 ml) to give the Fingolimod Hydrochloride salt
8. Dried the material at room temperature for 4-5 hours under vacuum and sample submitted for HPLC purity, XRPD, IR and 1H-NMR (DMSO-d6)

Reaction performed By                                              Checked By

Signature with date    04/04/2015                    Signature with date 04/04/2015

**Exhibit-B**: Powder X-ray diffraction data for products obtained as per the present invention (Fingolimod Hydrochloride Form β) (Fig-1) and the product(Fingolimod Hydrochloride) obtained as disclosed in Page 2953 of Kiuchi et al. (Fig-2)



**Fig-1**: Showing the PXRD of crystalline Fingolimid hydrochloride Form β as claimed in the present invnetion.



**Fig-2**: Showing the PXRD of Fingolimid hydrochloride crystalline Form obtained as per the experiment disclosed in Page 2953 of Kiuchi et al.

S/N 13/635,207                                                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventors: Vimal Kumar Shrawat et al.          Examiner: Brooks, Clinton A
Serial No.:  13/635,207                         Group Art Unit: 1671
Filed:  September 17, 2013                       Confirmation No.: 3019
Title:   FINGOLIMOD POLYMORPHS AND THEIR PROCESSES

## AMENDMENT & RESPONSE UNDER 37 C.F.R. § 1.111

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

In response to the Office Action dated February 25, 2015, the following amendments are respectfully submitted:

**Amendments to the claims** are reflected in the listing of the claims which begins on page 2 of this document.

**Remarks** begin from page 4 onwards of this document.

**Inventor's Declaration** in view of incorporating the side-by-side experimentation results in compliance to show the difference between present invention and Kiuchi et al.

**AMENDMENT AND RESPONSE UNDER 37 C.F.R § 1.111**                                               **Page 2**
Serial Number: 13/635,207
Filing Date: September 17, 2013
Title: FINGOLIMOD POLYMORPHS AND THEIR PROCESSES

## Amendments to the Claims

This listing of claims will replace all prior versions and listings of claims in the application

## Listing of claims

### 1-6) - (Cancelled)

**7) (Currently amended)** Fingolimod hydrochloride crystalline Form-β characterized by X-ray powder diffraction pattern consisting ~~comprising at least 4~~ characteristic 2Θ° peaks selected from the XRPD peak set of 3.54, 7.07,10.66,15.35, 20.52, 21.43 and 25.10 ±0.1 2Θ°.

**8). (Currently amended)**    Fingolimod hydrochloride crystalline Form- β according to claim-7, which is further characterized by DSC isotherm consisting ~~comprising at least three~~ endothermic peaks ranging between-

    a.  Peak -1- Between 40 to 45°C

    b.  Peak -2- Between 65 to 70°C

    c.  Peak -3- Between 107 to 115°C

    d.  Peak -4- Between 265 to 270°C

**9) (Currently amended)** Fingolimod hydrochloride crystalline Form-β characterized by X-ray powder diffraction pattern consisting ~~comprising at least 4~~ characteristic 2Θ° peaks selected from the XRPD peak set of 3.54, 7.07, 10.66, 15.35, 20.52, 21.43 and 25.10 ± 0.1 2Θ° and DSC isotherm consisting ~~comprising~~ the endothermic peaks ranging between 40 to 45°C (Peak -1), 65 to 70°C (Peak -2), 107 to 115°C (Peak-3) and/or 265 to 270°C (Peak-4)

**10) (Currently amended)** Fingolimod hydrochloride crystalline Form-β according to claim-9, characterized by X-ray powder diffraction pattern as <u>disclosed in</u> ~~substantially according to~~ Fig-3 and DSC isothermal pattern as <u>disclosed in</u> ~~substantially according to~~ Fig-4.

**11) (Currently amended)** A process for preparing Fingolimod hydrochloride crystalline Form-β comprising the steps of-

a. combining the Fingolimod hydrochloride with organic solvent <u>selected from dimethylformamide, dimethylacetamide, tetrahydrofuran and 2-methoxyethanol;</u>

b. optionally heating upto about 40- 50°C followed by cooling; and

c. isolating the crystalline Form-β using another co-solvent selected from <u>acetone or acetonitrile</u> by recrystallization

**12) (Currently amended)**    A process for preparing Fingolimod hydrochloride crystalline Form- β according to claim 11, wherein organic solvent may be selected from dimethylformamide, dimethylacetamide , tetrahydrofuran, 2-methoxyethanol and co-solvent selected from <u>acetone or acetonitrile</u> ~~ketone or nitrile or alcohol~~.

**13-15) (Cancelled)**

AMENDMENT AND RESPONSE UNDER 37 C.F.R § 1.111                    Page 4
Serial Number: 13/635,207
Filing Date: September 17, 2013
Title: FINGOLIMOD POLYMORPHS AND THEIR PROCESSES

## REMARKS

Applicants have received the Office Action dated February 25, 2015. By way of response, Applicant has suitably amended the claims 7-12 in order to comply the requirements. No new matter is added thereby.

For the reasons given below, Applicants respectfully submit that the pending claims are in condition for allowance and notification to that effect is earnestly solicited.

### The Rejection of Claims under § 112- First Paragraph

*Claims 11-12 are rejected under 35 U.S.c. 112(a) or 35 U.S.c. 112 (pre-AlA), first paragraph, because the specification, while being enabling for DMF, THF and 2-methoxy ethanol as solvents and acetone and acetonitrile as co-solvents does not reasonably provide enablement for all organic solvents and all co-solvents.*

*The specification does not enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make or use the invention commensurate in scope with these claims.*

We respectfully submit that proposed amended set of claim shall comply with the requirements in clearly pointing out and distinctly claiming the subject matter of the instant invention.

Though the applicant amended the claims to comply with the requirements of the examiner, applicant likes to inform the examiner that the examples disclosed in the patent specification "which are provided by way of illustration only and should not be construed as limiting the scope of the invention in any manner" and the same is clearly disclosed before example 1 of the patent specification.

Applicants like to inform the examiner that it is not obligatory to disclose each and every part of the claim as the person skilled in the art may understand how to perform the experimentation using a different solvent following the procedure as disclosed for another solvent.

The claims with respect to solvent are being enabled with paragraph [0073], wherein it clearly mentions that "Combining the Fingolimod hydrochloride with as Organic solvents for preparing Form-β comprise either mixing or suspending or making solution with organic solvent selected from dimethylformamide, dimethylacetamide, tetrahydrofuran, 2-methoxyethanol."

The claims with respect to co-solvent are further being enabled with paragraph [0077], wherein it clearly mentions that "Reaction mass can be cooled up to 0-30° C. and subjected to stir for about 1-2 hrs. The product may be isolated from the reaction mass by combining with co-solvent selected from ketone (C3 to C8) or nitrile (C2 to C4) or alcohol (C1 to C4), followed by conventional processes including filtering and optional drying, which may be carried out at room temperature for the suitable durations to retain the crystalline polymorphic form characteristics"

Polymorphism has been given importance in the recent literatures owing to its relevance to the drugs having oral dosage forms due to its apparent relation to dose preparation/suitability in composition steps/ bioavailability and other pharmaceutical profiles, stable polymorphic form of a drug has often remained the clear choice in compositions due to various reasons of handling, mixing and further processing including bioavailability and stability.

Polymorphism is the ability of a solid material to exist in more than one form or crystal structure. Polymorphism can potentially be found in any crystalline material, which refers to chemical elements. When polymorphism exists as a result of difference in crystal packing, it is called packing polymorphism.

Polymorphs have different stabilities and may spontaneously convert from a metastable form (unstable form) to the stable form at a particular temperature. They also exhibit different

AMENDMENT AND RESPONSE UNDER 37 C.F.R § 1.111                                                    Page 6
Serial Number: 13/635,207
Filing Date: September 17, 2013
Title: FINGOLIMOD POLYMORPHS AND THEIR PROCESSES

melting points, solubility's (which affect the dissolution rate of drug and consequently its bioavailability in the body), X-ray crystal and diffraction patterns.

Person skilled in the art may know the importance of the solvent used in the reaction, conditions and reagents used in the reaction in the formation of crystal packing of the material. However, polymorphism is a unique property of a molecule to exist in different crystalline packing pattern or in disordered arrangement of molecules (amorphous). A molecule may not also have tendency to exist in multiple crystalline shape/packing pattern. If there are many crystalline forms (polymorphism) exists for a molecules, they may not necessarily be all useful or thermodynamically stable. Hence, concluding a polymorphic form as new and useful is an uphill task for an inventor unless adequate due diligence and studies were performed in laboratory in order to conclude. Further, besides the change in the solvent system - specific process conditions in the recrystallization step mainly varies the crystal packing of the material, if polymorphism exists in the molecule, which accordingly changes the polymorphic nature of the crystalline form. The temperature maintained in the reaction and the nature of the reaction, whether it is acidic or basic also plays an important role in crystal packing of the material.

In view of the above it is abundantly clear that the no - prior art disclosed the specific conditions as claimed in the present patent application. The present inventors surprisingly found that the crystalline form β by performing exhaustive work on the process development for the preparation of stable and pure Fingolimod HCl.

The present invention is clearly elaborated in the specification for the preparation of Fingolimod crystalline form β from paragraph [0067] to paragraph [0077]. For a person skilled in the art this data is sufficient to prepare Fingolimod in a crystalline form β consistently.

Further, it is clear for a person skilled in the art that the combination of organic solvent selected from dimethylformamide, dimethylacetamide, tetrahydrofuran, 2-methoxyethanol and a co-solvent selected from selected from ketone (C3 to C8) or nitrile (C2 to C4) or alcohol (C1 to C4) will clearly using the procedure as disclosed in the specification clearly results in Fingolimod in a crystalline form β and no ambiguity is observed.

In view of the above remarks, we respectfully submit that amended set of claims, wherein claims claim 11 and 12 are narrowed down by limiting the organic solvents and co-solvents to overcome the rejections and reconsideration and withdrawal of these rejections are requested.

We respectfully submit the amended set of claims while complying with the requirements of 35 USC§112 in entirety, by clearly enabling the claimed subject matter of the instant invention. Accordingly, it is respectfully submitted that the rejections have been overcome by the above amendments. We humbly request for the reconsideration of the same and withdrawal of the rejections.

<u>*The Rejection of Claims under § 112- Second Paragraph*</u>

**Claim 10** *is rejected under 35 U.S.c. 112(b) or 35 U.S.c. 112 (pre-AlA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AlA the applicant regards as the invention. The claim includes the language "substantially according to Fig-3 and DSC isothermal pattern substantially according to Fig-4." It is unclear where the metes and bounds of "substantially" begin or end. Further, it is unclear which aspects of the Figure are substantial and which ones are not. Thus, the claim has multiple interpretations.*

We respectfully submit that amended set of claim shall comply with the requirements in clearly pointing out and distinctly claiming the subject matter of the instant invention.

As per the present amended claims the word "substantially" is removed to overcome the objection raised by the examiner. In view of these amendments, applicant likes to inform the examiner that now there is no ambiguity in interpretation of claims with respect to the amended set of claims.

Though the applicant amended the claims to comply with the requirements of the examiner, wherein as per the present amended claims the word "substantially" is removed to overcome the rejections. Applicant likes to inform the examiner that the word "substantially" is

used to show the presence of single crystalline form, which is free of process related impurities and other polymorphic forms. Further, in the present application in paragraph [0060] it is clearly mentioned that the "A substantially pure product having purities more than 99% (by HPLC) can be obtained by the process of the present invention". For a person skilled in the art, it is clear from this sentence that Fingolimod, which is in crystalline form β having a purity of greater than 99% (by HPLC).

Further, the present inventors found that the Fingolimod crystalline form β is substantially pure, which means it is having a purity of greater than 99 % and free of process related impurities.

In view of the above remarks, we respectfully submit that amended set of claims, wherein claim 10 is amended by removing the word "substantially" to overcome the rejections and reconsideration and withdrawal of these rejections are requested.

*Claim 7-12 is rejected under 35 U.S.c. 112(b) or 35 U.S.c. 112 (pre-AlA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor, or for pre-AlA the applicant regards as the invention. The claims only require 4 peaks in an X-ray diffraction pattern. The specific peaks are insufficient to differentiate one form from another. For example other forms have similar peaks within the degree of error (see instant Figures for evidence).*

We respectfully submit that amended set of claim shall comply with the requirements in clearly pointing out and distinctly claiming the subject matter of the instant invention.

As per the present amended claims the claims are narrowed down by incorporating "consisting of" instead of "comprising at least 4" to overcome the rejections and reconsideration and withdrawal of these rejections are requested.

In view of these amendments, applicant likes to inform the examiner that this data is sufficient to differentiate the claimed from other forms. From the presently amended claim, for a person skilled in the art it is clear that crystalline polymorphic form of Fingolimod HCl designated as Form-β, if and only if every peak in the claim is present the XRPD.

**Unexpected Results:** Form β of Fingolimod has several unexpected advantages over previously discovered crystalline Form of Fingolimod. Form β is the most thermodynamically stable polymorphic form of Fingolimod under processing and storage conditions, when compared to compound obtained as per prior art discovered forms. Such improved properties are important for better tablet processing and manufacturing.

In view of the above remarks, we respectfully submit that amended set of claims, wherein claim 7-12 is amended to overcome the rejections and reconsideration and withdrawal of these rejections are requested.

### *The Rejection of Claims under § 102*

*Claims 7-10 are rejected under pre-AIA 35 U.S.c. 102(b) as being anticipated by the article to Kiuchi et al. ("Kiuchi", made of record on the IDS). See page 2953 right column paragraph 1 for example. Kiuchi discloses a solid form or a crystalline form of Fingolimod chloride. The patent office is not a scientific laboratory and thus the patent office cannot differentiate the forms in the claims from the forms in Kiuchi.*

In response, the Applicants respectfully submit that the presently claimed invention is not obvious over Kiuchi et al. in view of the cited references. The Office is incorrectly assuming that the existence of crystalline Form suggests the existence of Form β of the present invention. It is clear to those skilled in the art of pharmaceutical crystallization and solid-state chemistry that the existence of polymorphism, as well as the existence of specific polymorphs, cannot be predicted. "Polymorphs are different crystalline forms of the same pure substance in which the molecules have different arrangements and/or different conformation of the molecules. As a result, the polymorphic solids have different unit cells and hence display different physical properties" (Brittain et al., Polymorphism of Pharmaceutical Solids, Page 2). The present invention is not

only limited to the crystalline nature of Form β, as incorrectly assumed by the Office, but is further limited to the specific molecular arrangements and conformations of the molecules that define Form β. It is not scientifically reasonable to suggest that Form (Kiuchi et al.) enables one skilled in the art to extract any knowledge regarding the specific molecular arrangements and conformations of the molecules that define Form β.

The Applicants respectfully submit that Kiuchi et al. discloses a different crystalline form of Fingolimod from Form β of Fingolimod of the present invention. This is evidenced by the fact that the characterizing data for crystalline Form of Kiuchi et al. compared to Form β is different. As shown in Table A below, the X-ray powder diffraction data for crystalline Form of Kiuchi et al. shows many differences from the corresponding data for Form β, as provided in Table A of the present application.

| Crystalline          Fingolimod obtained as per Kiuchi et al. | Intensity (Greater than 2 %) | Fingolimod Form β | Intensity (Greater than 2 %) |
|---|---|---|---|
| 3.2 | 31 | 3.54 | 100 |
| 3.6 | 100 | 7.07 | 4.7 |
| 7.1 | 3.8 | 10.66 | 11.1 |
| 10.7 | 5.8 | 15.35 | 3.7 |
| 21.5 | 3.3 | 20.52 | 4.6 |
| | | 21.43 | 8.0 |
| | | 25.10 | 2.2 |

Applicant providing a declaration, which also includes a visual comparison of the PXRD pattern of crystalline Form of Kiuchi et al. compared to Form β of the present invention shows that the two forms are different. For the convenience of the Office, a copy of the PXRD patterns has been disclosed in Exhibit - B.

Furthermore, applicant providing a copy of the experimental procedure for repetition Kiuchi et al process as disclosed in Page 2953 is submitted as Exhibit – A.

Based on the foregoing, the Applicants respectfully submit that the presently claimed invention is not obvious over Kiuchi et al. in view of the cited references. The Applicants request that the rejections under 35 U.S.C. § 103(a) be withdrawn.

## Patentability of New Crystalline Forms

The patentability of new crystalline forms over prior forms of the same compound has long been recognized by the courts. Also, the courts have held that absent an affirmative suggestion or teaching in the prior art, whereby it would have been obvious to make a new crystalline form of a compound, the new crystalline form is unobvious in view of the prior forms of the compound. See Bristol-Myers Co. v. U.S. Intern. Trade Com'n 892 F.2d 1050, 15 USPQ 2d 1258 (Fed. Cir.1989, unpublished) as well as prior court decisions In re Cofer, 354 F.2d 664,148 USPQ 268 (CCPA 1966), In re Grose, 592 F.2d 1161,201 USPQ 57 (CCPA 1979) and In re Irani 427 F.2d 806, 166 USPQ 24 (CCPA 1970).

## Kiuchi et al. process for the preparation of Fingolimod is different from process of the present invention

The process disclosed in Kiuchi et al. to prepare crystalline Fingolimod hydrochloride are different from the process as disclosed in the present invention for the preparation of Fingolimod crystalline Form β.

Process disclosed in page 2953 right column paragraph 1 of Kiuchi et al. comprises of:

a) charged 2-acetamido-2-[2-(4-octylphenyl)ethyl]propane-1,3-diol diacetate and methanol in to a three necked round bottomed flask and stir at room temperature for 15-30 min to get the clear solution

b) add 2N LiOH at room temperature and slowly raised the temperature to reflux and maintained for two hours.

c) recover the methanol completely at 45-50˚c and extracted with ethyl acetate.

d) combined the ethyl acetate layer and washed with brine solution

e) finally dried over anhydrous sodium sulfate and recovered the ethyl acetate completely to get the residue.

AMENDMENT AND RESPONSE UNDER 37 C.F.R § 1.111                                    Page 12
Serial Number: 13/635,207
Filing Date: September 17, 2013
Title: FINGOLIMOD POLYMORPHS AND THEIR PROCESSES

 f) the residue obtained was converted in to hydrochloride salt by treatment with ethanol) and 1N HCl solution in ether

 g) recrystallized from ethyl acetate /ethanol to give the Fingolimod hydrochloride salt

 h) dried the material at room temperature for 4-5 hours under vacuum.


Thus, the processes disclosed in Kiuchi et al. do not use solvent <u>selected from dimethylformamide, dimethylacetamide, tetrahydrofuran and 2-methoxyethanol. Further, Kiuchi et al process</u> does not discloses the use of any co-solvent.


Additionally, the reaction conditions for preparing crystalline Form of Kiuchi et al. is different from the one used to prepare Form β in the present application.


Applicants submit that it is well known that there is no general teaching or suggestion in the prior art that allows one to predict how to prepare a particular crystalline form. Furthermore, no teaching or suggestion exists in the prior art to identify and to appreciate the properties and characteristics of a particular crystalline form prior to it being identified.


Contrary to the Examiner's allegation that, in view of Kiuchi et al. the references, it would appear obvious to one skilled in the art that Fingolimod would exist in different polymorphic forms, the Applicants submit that even if a person of ordinary skill in the art would modify the process of Kiuchi et al for preparing a crystalline form of Fingolimod. However, there is no expectation of success of obtaining Form β of the present invention. This is because the skilled person would have to conduct undue experimentation using solvents and reaction conditions which are not taught or suggested in any of the prior art references.


See MPEP 2143.02 "Reasonable Expectation of Success is required". As the Court in KSR Intern. Co v.Teleflex Inc. , 127 S. Ct. 1727,1732 (2007) noted" When there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill in the art has good reason to pursue the known options within his or her technical grasp". In the present case, a nearly infinite number of options are

available based upon the potential processing conditions, including solvent composition, temperature and cooling rate. Applicants submit that since the processes of preparing the prior art compounds are different; the crystalline form of the resulting compound would be unpredictable. It is known in the art that the use of different solvents produces different crystalline forms of a compound. Further, the polymorph may depend on method, the nature of the solvent selected and the conditions of crystallization selected can be used to direct the preparation of any of the polymorphic form. Thus, it cannot be assumed that the use of the solvents disclosed in Kiuchi et al will yield Form β of the present invention. Additionally, none of the cited reference provides any guidance as to modifying the crystalline compounds disclosed therein or for modifying reaction conditions. Thus, there is no reasonable expectation of success of obtaining Form β or, for that matter, the use of the processes disclosed to make Form β.

In view of the above remarks, the Applicants respectfully submit that the presently claimed invention is different over any of prior discovered forms and not only w.r.t Kiuchi et al.

In view of the above remarks, we respectfully submit that amended set of claims, wherein claims claim 7-10 are narrowed down by incorporating "consisting of" instead of "comprising at least 4" to overcome the rejections and reconsideration and withdrawal of these rejections are requested.

We respectfully submit the amended set of claims while complying with the requirements of 35 USC§102 in entirety, by clearly differentiating the claimed crystalline form of the instant invention from Kiuchi et al.. Accordingly, it is respectfully submitted that the rejections have been overcome by the above amendments. We humbly request for the reconsideration of the same and withdrawal of the rejections.

## CONCLUSION

In view of the above amendments and remarks, Applicant respectfully submits that the claims are in condition for allowance, and notification to that effect is earnestly requested. If the Examiner has any unclear or unresolved matter in this connection, the Examiner is invited to telephone/fax/e-mail the undersigned, to facilitate advancement of the present application.

Respectfully submitted,

/                                                                                                           Dated: May 14, 2015

**Dr. Akshay Kant Chaturvedi**
SHILPA MEDICARE LTD
Customer No. 122584
10/80, Second Floor, Rajendra Gunj,
Raichur, Karnataka, India-584 102
Phone: +91-8532-286199
Fax: +91-8532-286199
E-mail: ipm_unit2@vbshilpa.com

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 22354825 |
| **Application Number:** | 13635207 |
| **International Application Number:** | |
| **Confirmation Number:** | 3019 |
| **Title of Invention:** | FINGOLIMOD POLYMORPHS AND THEIR PROCESSES |
| **First Named Inventor/Applicant Name:** | Vimal Kumar Shrawat |
| **Customer Number:** | 122584 |
| **Filer:** | Akshay Kant Chaturvedi |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | ID-PAW-0631 |
| **Receipt Date:** | 15-MAY-2015 |
| **Filing Date:** | 17-SEP-2013 |
| **Time Stamp:** | 08:28:09 |
| **Application Type:** | U.S. National Stage under 35 USC 371 |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Affidavit-traversing rejectns or objectns rule 132 | Declaration.pdf | 1699542 <br><br> e55180ecdcbadcab624e2e2bec3e8800d5ee4cf9 | no | 5 |

| | |
|---|---|
| **Warnings:** | |
| **Information:** | |

| 2 | Applicant Arguments/Remarks Made in an Amendment | response.pdf | 1124396<br><br>edd71374934d06ba5c82ed757a2be71eca0f955d | no | 14 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 2823938 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 13/635,207 | Filing Date 09/17/2013 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE   ☒ SMALL   ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | **05/15/2015** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 6 | Minus | ** 20 | = 0 | x $40 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | x $210 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/BRENDA HARRISON/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*